# EXHIBIT 1

*to Complaint and Demand for Jury Trial*

# DECLARATION OF ▮

I, ▮ declare under penalty of perjury as follows:

1. My name is ▮

2. I live at ▮

3. On or about June 5, 2018, I received a Facebook message from a person by the name of Yashar Ali, who was not connected with me through Facebook. Mr. Ali is not my personal or Facebook friend and I have never met him nor contacted him before he reached out to me on June 5, 2018.

4. There were multiple communications that Yashar Ali sent to me via Facebook messenger, the first on June 5, 2018, to which I did not reply. The next message he sent me was on July 22, 2018 and then another on July 30, 2018 following up asking to chat off the record about Jason Miller. I advised him that I did not know the name Jason Miller. Then on August 6, 2018, he sent me another Facebook message about this "story" he was working on and asked to chat. We had a telephone call in which in no uncertain terms I advised him that I did not know Jason Miller, did not have a relationship with a man by the name of Jason Miller and the events that he described about a smoothie with an abortion pill that terminated an alleged pregnancy were completely false and had nothing to do with my life.

5. On August 9, 2018 (three days after my ohone conversation with Yashar Ali), I was sent a Facebook message by a person who identified herself as "A.J." whom I do not know and do not have any recollection of ever having met before she contacted me via Facebook.

6. I have since that time learned that the person who contacted me on August 9, 2018 via Facebook messenger is Arlene J. Delgado whom is also known as "A.J." Delgado. The photograph on the Facebook account messages sent to me by "A.J." match the photographs of Arlene J. Delgado that I have since seen.

7. A.J.'s August 9, 2018 Facebook message to me began by stating that "we should chat about our mutual experience."

8. When I received that August 9th message from A.J., I did not have any knowledge as to what she could possibly be referring to. A.J. advised that she would be "more than willing to drive over" to speak with me and also provided her cellular telephone number ▮, hoping we would "connect".

9. I do not know and have never had a relationship of any kind with the man in the photograph below, who I have been told is Jason Miller:



10. I did not know Jason Miller in the year 2012 or any time before or after.

11. I did not have a relationship of any kind or sexual intercourse with Jason Miller in the year 2012 or any time before or after.

12. I never had someone by the name of Jason Miller enter my apartment in the year 2012 or any time before or after.

13. I did not drink a smoothie or any other kind of drink given to me by Jason Miller in the year 2012 or any time before or after.

14. I did not drink anything given to me by Jason Miller in the year 2012 or any time before or after.

15. I did not lose a pregnancy in the year 2012 or any time before or after as a result of anything that I drank that was given to me by Jason Miller.

16. I have never lived or worked in Orlando, Florida.

17. I did not work at ███████████████████████████ in Orlando in 2012 or at any other time.

18. I did not work at ███████ in Orlando, Florida in 2012 or at any other time.

19. I have not received any money, payment, benefits or compensation from Jason Miller or anyone on his behalf.

20. I was never abused or mistreated (sexually, physically or otherwise) by Jason Miller in the year 2012 or any time before or after.

21. I was never asked to sign, nor did I ever sign, a Non-Disclosure Agreement provided to me by Jason Miller or anyone else on his behalf in the year 2012 or any time before or after.

22. Everything that is stated in this Declaration is true and correct. I have not been paid any money or been given any other compensation or promises of future compensation or future benefits by anyone if I sign this document.

23. I have not been threatened, pressured or forced in any way to sign this Declaration.

24. I am signing this Declaration because I want to be left alone and to make it very clear in writing that I do not know, nor have I ever known Jason Miller, have never worked at ▇▇▇ in Orlando in the year 2012, have never had a sexual relationship with Jason Miller, never been pregnant as a result of sexual relations with Jason Miller, never had Jason Miller inside my house, nor have I ever drank something that Jason Miller gave me which caused me to be sick, hospitalized, and lose a pregnancy. Any such allegations are completely and absolutely false. and I ask that this completely fabricated story not continue to be repeated to anyone for any purpose as all of this is interfering with my life.

**I HAVE READ EVERY STATEMENT IN THIS DECLARATION AND DECLARE UNDER PENALTY OF PERJURY THAT EACH STATEMENT IS TRUE AND CORRECT.**

Date: 10/12/18