UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

JASON MILLER,

    Plaintiff,
v.

GIZMODO MEDIA GROUP, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendants Katherine M. Krueger and Gizmodo Media Group, LLC appear to have been served (*see* Waivers of the Service of Summons [ECF Nos. 9 and 10]), but to date, no proof of service on Defendant, Will Menaker, has been filed. To better manage the orderly progress of the case, it is

**ORDERED** that Defendants, Katherine M. Krueger and Gizmodo Media Group, LLC, shall not file a response until Defendant Will Menaker has been served. After Will Menaker has been served, all Defendants shall submit a single combined response or separate answers within the time allowed for the last served Defendant to respond.

**DONE AND ORDERED** in Miami, Florida, this 24th day of October, 2018.

                                                **CECILIA M. ALTONAGA**
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record