**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JASON MILLER,

    Plaintiff,

v.                                         1:18-CV-24227-CMA-Altonaga

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.

_____/

**UNOPPOSED MOTION FOR CHAD R. BOWMAN TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

      In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Chad R. Bowman, of the law firm of Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006, Telephone: (202) 508-1120, for purposes of appearance as counsel on behalf of Defendant William Menaker in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Chad R. Bowman to receive electronic filings in this case, and in support thereof states as follows:

      1.     Chad R. Bowman is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the District of Columbia and Maryland; the Supreme Court of the United States; the United States Courts of Appeals for the Second, Fourth, Seventh, Eighth, and District of Columbia Circuits; and the United States District Courts for the Northern District of Illinois, the District of Maryland, and the District of Columbia.

      2.     Chad R. Bowman is a partner at Ballard Spahr LLP, which has been retained to serve as counsel in this matter for Mr. Menaker.

3. Movant, Charles D. Tobin, of the law firm of Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006, Telephone: (202) 661-2288, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Chad R. Bowman has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

5. Chad R. Bowman, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Chad R. Bowman at e-mail address: bowmanchad@ballardspahr.com.

WHEREFORE, the undersigned respectfully moves this Court to enter an Order permitting Chad R. Bowman to appear before this Court as counsel on behalf of Mr. Menaker for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to Chad R. Bowman.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel has conferred with counsel for Plaintiff, who does not oppose the relief requested herein.

Dated:  November 9, 2018	Respectfully submitted,

	BALLARD SPAHR LLP

	/s/ Charles D. Tobin
	Charles D. Tobin (Fla. Bar No. 816345)
	1909 K Street, NW, 12th Floor
	Washington, DC 20006
	Telephone: (202) 661-2218
	Fax: (202) 661-2299
	tobinc@ballardspahr.com

	*Counsel for Defendant William Menaker*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JASON MILLER,

    Plaintiff,

v.                                        1:18-CV-24227-CMA-Altonaga

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.

_____/

## CERTIFICATION OF CHAD R. BOWMAN

I, Chad R. Bowman, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of the District of Columbia and Maryland; the Supreme Court of the United States; the United States Courts of Appeals for the Second, Fourth, Seventh, Eighth, and District of Columbia Circuits; and the United States District Courts for the Northern District of Illinois, the District of Maryland, and the District of Columbia.

Dated: November 9, 2018

Chad R. Bowman
District of Columbia Bar No. 484150
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1120
Fax: (202) 661-2299
bowmanchad@ballardspahr.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9, 2018, I caused a true and correct copy of the foregoing Unopposed Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings to be electronically filed with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                                        /s/ Charles D. Tobin
                                                                        Charles D. Tobin (Fla. Bar No. 816345)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

JASON MILLER,

    Plaintiff,

v.     1:18-CV-24227-CMA-Altonaga

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR CHAD R. BOWMAN TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

    THIS MATTER comes before the Court on the Unopposed Motion for Chad R. Bowman to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that

    The Motion is GRANTED.  Chad R. Bowman may appear and participate in this action as counsel on behalf of Defendant William Menaker. The Clerk shall provide electronic notification of all electronic filings to Chad R. Bowman at bowmanchad@ballardpsahr.com.

    DONE AND ORDERED in Miami, Florida, this ___ day of _____, 2018.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record