**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JASON MILLER,

    Plaintiff,

v.                                          1:18-CV-24227-CMA-Altonaga

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.

_____/

**UNOPPOSED MOTION FOR MAXWELL S. MISHKIN TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Maxwell S. Mishkin, of the law firm of Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006, Telephone: (202) 508-1140, for purposes of appearance as counsel on behalf of Defendant William Menaker in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Maxwell S. Mishkin to receive electronic filings in this case, and in support thereof states as follows:

    1.    Maxwell S. Mishkin is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the District of Columbia and Maryland; the United States Courts of Appeals for the Second, Fourth, and District of Columbia Circuits; and the United States District Court for the District of Columbia.

    2.    Maxwell S. Mishkin is an associate at Ballard Spahr LLP, which has been retained to serve as counsel in this matter for Mr. Menaker.

3.     Movant, Charles D. Tobin, of the law firm of Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006, Telephone: (202) 661-2288, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4.     In accordance with the local rules of this Court, Maxwell S. Mishkin has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

5.     Maxwell S. Mishkin, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Maxwell S. Mishkin at e-mail address: mishkinm@ballardspahr.com.

WHEREFORE, the undersigned respectfully moves this Court to enter an Order permitting Maxwell S. Mishkin to appear before this Court as counsel on behalf of Mr. Menaker for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to Maxwell S. Mishkin.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel has conferred with counsel for Plaintiff, who does not oppose the relief requested herein.

Dated:  November 9, 2018					Respectfully submitted,

							BALLARD SPAHR LLP

							/s/ Charles D. Tobin
							Charles D. Tobin (Fla. Bar No. 816345)
							1909 K Street, NW, 12th Floor
							Washington, DC 20006
							Telephone: (202) 661-2218
							Fax: (202) 661-2299
							tobinc@ballardspahr.com

							*Counsel for Defendant William Menaker*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JASON MILLER,

    Plaintiff,

v.                                           1:18-CV-24227-CMA-Altonaga

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.

_____/

## CERTIFICATION OF MAXWELL S. MISHKIN

I, Maxwell S. Mishkin, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of the District of Columbia and Maryland; the United States Courts of Appeals for the Second, Fourth, and District of Columbia Circuits; and the United States District Court for the District of Columbia.

Dated: November 9, 2018

                                        Maxwell S. Mishkin
                                        District of Columbia Bar No. 1031356
                                        1909 K Street, NW, 12th Floor
                                        Washington, DC 20006
                                        Telephone: (202) 508-1140
                                        Fax: (202) 661-2299
                                        mishkinm@ballardspahr.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9, 2018, I caused a true and correct copy of the foregoing Unopposed Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings to be electronically filed with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                  /s/ Charles D. Tobin
                                                  Charles D. Tobin (Fla. Bar No. 816345)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JASON MILLER,

    Plaintiff,

v.                                          1:18-CV-24227-CMA-Altonaga

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR MAXWELL S. MISHKIN TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS MATTER comes before the Court on the Unopposed Motion for Maxwell S. Mishkin to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that

The Motion is GRANTED.  Maxwell S. Mishkin may appear and participate in this action as counsel on behalf of Defendant William Menaker. The Clerk shall provide electronic notification of all electronic filings to Maxwell S. Mishkin at mishkinm@ballardpsahr.com.

DONE AND ORDERED in Miami, Florida, this __ day of _____, 2018.

                                                          **CECILIA M. ALTONAGA**
                                                          **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record