UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

JASON MILLER,

    Plaintiff,
v.

GIZMODO MEDIA GROUP, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Unopposed Motion to Appear Pro Hac Vice for Chad R. Bowman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [ECF No. 21], filed November 9, 2018.

Pursuant to Rule 4(b)(1) of the Special Rules, under certain circumstances an attorney who is not a member of the bar of the Southern District of Florida "may, upon written application filed by counsel admitted to practice in this District, be permitted to appear and participate in a particular case." *Id.* Rule 4(b)(3) also requires an application to appear *pro hac vice* to

> designate a member of the bar of this Court and who is authorized to file through the Court's electronic filing system, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, and who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CMF/ECF Administrative Procedures.

*Id.*

While the Motion designates Charles D. Tobin as local counsel, and Tobin acknowledges

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

he is "to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures" (Mots. 3), he does not state he will fulfill all the duties required of local counsel as set forth in Rule 4(b)(3) (*see generally id.*).

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 21]** is **DENIED without prejudice**.

**DONE AND ORDERED** at Miami, Florida, this 9th day of November, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CECILIA M. ALTONAGA**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record