UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

JASON MILLER,

    Plaintiff,
v.

GIZMODO MEDIA GROUP, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Unopposed Motion to Appear Pro Hac Vice for Maxwell S. Mishkin, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [ECF No. 26], filed November 9, 2018. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 26]** is **GRANTED**. Maxwell S. Mishkin may appear and participate in this action as counsel on behalf of Defendant William Menaker. The Clerk shall provide electronic notification of all electronic filings to Maxwell S. Mishkin at mishkinm@ballardpsahr.com.

**DONE AND ORDERED** at Miami, Florida, this 12th day of November, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record