UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

JASON MILLER,

      Plaintiff,
v.

GIZMODO MEDIA GROUP,
LLC, *et al.*,

      Defendants.
_____/

### ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Lucy Chernow Brown on March 18, 2019, at 10:00 a.m. at 2500 North Military Trail, Suite 200, in Boca Raton, Florida. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida, this 29th day of November, 2018.

                                                                      **CECILIA M. ALTONAGA**
                                                                      UNITED STATES DISTRICT JUDGE

cc:    counsel of record