# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JASON MILLER,

    Plaintiff,

v.   1:18-CV-24227-CMA-Altonaga

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.

_____/

## DECLARATION OF WILLIAM MENAKER

I, William Menaker, declare as follows:

1. I respectfully submit this declaration in support of my Motion to Dismiss Count VI of Plaintiff Jason Miller's First Amended Complaint for lack of personal jurisdiction. I am over eighteen years of age, and if called upon I could testify as to the facts stated herein.

2. I am a host of *Chapo Trap House*, a political comedy podcast, and a co-author of the book *The Chapo Guide to Revolution: A Manifesto Against Logic, Facts, and Reason*.

3. I currently live in Brooklyn, New York. I have lived in New York since 1983.

4. I have never lived in the state of Florida.

5. I do not own any property in the state of Florida.

6. I have never paid taxes in the state of Florida.

7. I do not have any bank accounts in the state of Florida.

8. I do not have direct investments in any Florida business.

9. I have never been employed by a Florida business.

10. I have never employed a Florida resident.

11. I have never registered to vote in the state of Florida.

12. I did not make telephone calls to anyone in Florida or otherwise communicate with any Florida sources in connection with the Twitter message at issue in this case.

13. To the best of my recollection, I have visited Florida four times: twice on family vacations to Disney World, and twice on family vacations to Key West. The most recent such visit was more than 10 years ago.

I hereby affirm, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: 12/5/18

_____
William Menaker