UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

      Plaintiff,
v.

**GIZMODO MEDIA GROUP, LLC**, *et al.*,

      Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant, William Menaker's Motion to Dismiss [ECF No. 30], and Defendants, Gizmodo Media Group, LLC and Katherine Krueger's Motion to Dismiss [ECF No. 31], both filed December 6, 2018.  Mr. Menaker seeks to dismiss Plaintiff, Jason Miller's First Amended Complaint [ECF No. 5].   Mr. Menaker filed the Motion to Dismiss on his own behalf — Defendants, Gizmodo Media Group, LLC and Katherine M. Krueger did not join the Motion.  (*See* Mr. Menaker's Mot. 20).  Instead, Gizmodo Media Group and Ms. Krueger seek to dismiss Plaintiff's Amended Complaint through a separate Motion.

In filing the separate Motions to Dismiss, Defendants run afoul of the October 24, 2018 Order [ECF No. 12].  In that Order, the Court expressly required "all Defendants [to] submit a *single combined response or separate answers* within the time allowed for the last served Defendant to respond."  (*Id.* (alteration and emphasis added)).  Defendants' Motions are evidently neither a "single combined response" nor "separate answers."  (*Id.*; *see also Doe v. Vill. Resorts, Ltd.*, No. 10-CV-80777, 2011 WL 13227870, at *1 (S.D. Fla. May 24, 2011) (noting the court is "well within its rights to deny" defendant's motion to dismiss because the

motion was "improper and violate[d] the [c]ourt's [previous] order . . . . " (alterations added; citations omitted)).

Accordingly, it is

**ORDERED AND ADJUDGED** that the Defendants' Motions **[ECF Nos. 30, 31]** are **DENIED without prejudice**.  Defendants must comply with the Court's October 24, 2018 Order **[ECF No. 12]** by **December 21, 2018** — the time allowed for the last served Defendant to respond.

**DONE AND ORDERED** in Miami, Florida, this 6th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record