UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

    Plaintiff,

v.

**GIZMODO MEDIA GROUP, LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at a December 11, 2018 Hearing [ECF No. 39]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. The December 7, 2018 Order **[ECF No. 33]** as to Defendants, Gizmodo Media Group, LLC and Katherine Krueger's Motion to Dismiss **[ECF No. 31]** is **SET ASIDE**. Gizmodo Media Group and Ms. Krueger's Motion to Dismiss is **REINSTATED**. Plaintiff, Jason Miller, shall file a response to Defendants' Motion by **December 26, 2018**. Gizmodo Media Group and Ms. Krueger shall file a reply memorandum by **January 2, 2019**.

2. Defendant, William Menaker's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim **[ECF No. 30]** remains denied without prejudice pending jurisdictional discovery. Plaintiff and Mr. Menaker shall file a joint status report every 14 days, beginning on **December 26, 2018**, advising the Court of the parties' progress on jurisdictional discovery.

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

3. The parties' Joint Motion for an Extension of Page and Time Limitations **[ECF No. 35]** is **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2018.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record