UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

      Plaintiff,
v.

**GIZMODO MEDIA GROUP, LLC**, *et al.*,

      Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Elizabeth McNamara, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures [ECF No. 37]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Elizabeth A. McNamara may appear and participate in this action on behalf of defendants Gizmodo Media Group, LLC and Katherine Krueger. The Clerk shall provide electronic notification of all electronic filings to Elizabeth A. McNamara at lizmcnamara@dwt.com.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2018.

                                             **CECILIA M. ALTONAGA**
                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record