**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

JASON MILLER,

    Plaintiff,

v.                                         1:18-CV-24227-CMA

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.

_____

**JOINT STATUS REPORT REGARDING JURISDICTIONAL DISCOVERY**

Plaintiff Jason Miller and Defendant William Menaker, through counsel and pursuant to the Court's December 11, 2018 Order [Doc. 40], submit this Joint Status Report to advise the Court on their progress regarding jurisdictional discovery.  Plaintiff served written jurisdictional discovery requests on November 30, 2018.  Defendant Menaker will provide responses and/or objections to those requests by December 31, 2018.  Plaintiff intends to review those responses and/or objections to evaluate whether there are discovery disputes and whether he will seek a jurisdictional deposition of Defendant Menaker.  The parties will advise further in the next biweekly status report, on January 9, 2019.

    Dated:  December 26, 2018            Respectfully submitted,

| | |
|---|---|
| */s/ Shane B. Vogt* | */s/ Charles D. Tobin* |
| Shane B. Vogt (FBN 257620) | Charles D. Tobin (FBN 816345) |
| Kenneth G. Turkel (FBN 867233) | Chad R. Bowman (admitted *pro hac vice*) |
| BAJO \| CUVA \| COHEN \| TURKEL | Maxwell S. Mishkin (admitted *pro hac vice*) |
| 100 North Tampa Street, Suite 1900 | BALLARD SPAHR LLP |
| Tampa, Florida 33602 | 1909 K Street, NW, 12th Floor |
| Telephone: (813) 443-2199 | Washington, DC 20006 |
| Fax: (813) 443-2193 | Telephone: (202) 661-2200 |
| svogt@bajocuva.com | Fax: (202) 661-2299 |
| kturkel@bajocuva.com | tobinc@ballardspahr.com |
| | bowmanchad@ballardspahr.com |
| | mishkinm@ballardspahr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant William Menaker* |