UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

JASON MILLER,

    Plaintiff,
v.

GIZMODO MEDIA GROUP, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On January 9, 2019, Plaintiff, Jason Miller, and Defendant, William Menaker, filed a Joint Status Report Regarding Jurisdictional Discovery [ECF No. 55]. In the Report, the parties advise the Court of their progress in conducting jurisdictional discovery in light of Mr. Menaker's anticipated motion to dismiss for lack of personal jurisdiction. (*See id.* 1). Plaintiff also advises the Court he "will file a motion for leave to amend his First Amended Complaint on or before January 11, 2019, which will address (*among other things*) Plaintiff's personal jurisdiction allegations." (*Id.* (emphasis added)). The Court notes Plaintiff's anticipated motion must establish good cause under Federal Rule of Civil Procedure (16)(b), as the deadline to amend pleadings passed on December 19, 2018. (*See* Order [ECF No. 19] 1).

As the parties are certainly aware, the Court is scheduled to resolve the Gizmodo Defendants' Motion to Dismiss [ECF No. 44] at a Hearing on January 14, 2019 [ECF No. 46]. The Court presently cannot ascertain whether Plaintiff intends to move to amend his allegations as to the Gizmodo Defendants. Should the Court grant the anticipated motion to amend

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

pleadings, the Gizmodo Defendants' Motion to Dismiss and the January 14, 2019 Hearing may be rendered moot. To better manage the orderly progress of the case, it is

**ORDERED AND ADJUDGED** that Plaintiff, Jason Miller, shall file his anticipated motion for leave to amend his First Amended Complaint by **January 11, 2019**, accompanied by a certificate of compliance under Local Rule 7.1(a)(3) indicating whether Defendants oppose the relief sought.

**DONE AND ORDERED** in Miami, Florida, this 10th day of January, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record