UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

JASON MILLER,

    Plaintiff,
v.

GIZMODO MEDIA GROUP, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On January 11, 2019, Plaintiff, Jason Miller filed a Motion for Leave to Amend [ECF No. 57] to which the Gizmodo Defendants filed a Response in Opposition [ECF No. 58]. The Court is presently scheduled to resolve the Gizmodo Defendants' Motion to Dismiss [ECF No. 44] at a Hearing on January 14, 2019 [ECF No. 46]. As the parties have fully briefed the Gizmodo Defendants' Motion to Dismiss, the better course is for the parties to present arguments on both Defendants' Motion to Dismiss and Plaintiff's Motion for Leave to Amend at the January 14, 2019 Hearing. Therefore, it is

**ORDERED** that Plaintiff's Motion for Leave to Amend **[ECF No. 57]** is set for the January 14, 2019 Hearing **[ECF No. 46]** to be resolved contemporaneously with the Gizmodo Defendants' Motion to Dismiss **[ECF No. 44]**. Mr. Menaker's counsel may file an opposition to Plaintiff's Motion for Leave to Amend by **Sunday, January 13, 2019**, and/or appear at the January 14, 2019 Hearing should he wish to do so.

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 12th day of January, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record