## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

     Plaintiff,

v.

**GIZMODO MEDIA GROUP,
LLC**, *et al.*,

     Defendants.

_____/

### ORDER

    **THIS CAUSE** came before the Court on Plaintiff's Motion to Compel Non-Party Arlene Delgado to Produce Documents in Response to Subpoena Duces Tecum [ECF No. 63].  Being fully advised, it is

    **ORDERED AND ADJUDGED** that the Motion is **DENIED**.  The parties are instructed to follow the procedures regarding discovery outlined in the Court's Order Setting Trial [ECF No. 19].

    **DONE AND ORDERED** in Miami, Florida, this 17th day of January, 2019.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record