UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

JASON MILLER,

    Plaintiff,
v.

GIZMODO MEDIA GROUP, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Jason Miller, and Defendant, William Menaker's Joint Status Report Regarding Jurisdictional Discovery [ECF No. 67], filed January 23, 2019. In the Report, the parties advise the Court they have completed jurisdictional discovery. (*See id.* 1). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Mr. Menaker shall file his motion to dismiss **as a separate docket entry** by **January 24, 2019**.

2. Plaintiff, Jason Miller, shall respond to the motion to dismiss by **February 7, 2019**. Mr. Menaker may file a reply memorandum by **February 14, 2019**. These deadlines will not be extended.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January, 2019.

                                          _____
                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record