UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-24227-CIV-ALTONAGA/GOODMAN

JASON MILLER,

    Plaintiff,

v.

GIZMODO MEDIA GROUP, LLC, et al.,

    Defendants.
_____/

**POST-TELEPHONIC CONFERENCE ADMINISTRATIVE ORDER**

On February 11, 2019, the Undersigned held a telephonic conference on the parties' discovery dispute concerning the subpoena to third-party Arlene Delgado. [ECF No. 75]. The parties' attorneys phoned into the hearing, but Delgado did not. As a result, the Undersigned adjourned the conference and **ordered** as follows:

The Undersigned will schedule a discovery hearing concerning Delgado's objections to the subject subpoena for **February 21, 2019, at 4:00 p.m**. Delgado must appear before the Undersigned **in person**, but the attorneys, all of whom are from out-of-town, can phone in. The call-in instructions are the following: (1) dial 1-888-684-8852; (2) enter Access Code Number 8004594, followed by the # sign; and (3) enter Security Code Number 1213, followed by the # sign. No cellular telephone use is permitted.

Plaintiff's counsel must serve a copy of this order by the next day of its issuance

via Federal Express (requiring a signature) and email (requiring a "read" receipt). Before the hearing, Plaintiff's counsel must file on CM/ECF proof of the service (i.e., the delivery receipt and "read" notification, whichever is applicable).

By the same deadline, Defendants' counsel[1] shall call Delgado and inform her of the hearing. Then, before the hearing, Defendants' counsel must file on CM/ECF an affidavit or declaration, confirming the success or lack of success of informing Delgado of the hearing via telephone.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on February 12, 2019.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Cecilia M. Altonaga
All Counsel of Record

---

[1] This is a change from the Undersigned's original pronouncement at the conference that Plaintiff's counsel would be the one to call Delgado.