UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

JASON MILLER,

    Plaintiff,
v.

GIZMODO MEDIA GROUP, LLC; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, William Menaker's Expedited and Unopposed Motion to be Excused from the March 18, 2019 Mediation in this Matter [ECF No. 86], filed March 4, 2019. Menaker seeks to be excused from the mediation currently scheduled for March 18, 2019. (*See id.* 1). The Motion is unopposed. (*See id.* 3). Given Menaker's outstanding Renewed Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 70] and the fast approaching March 8, 2019 deadline for parties to file a deposit with the mediator, it is

**ORDERED AND ADJUDGED** that Defendant, William Menaker's Expedited and Unopposed Motion to be Excused from the March 18, 2019 Mediation in this Matter **[ECF No. 86]** is **GRANTED**. Menaker is **EXCUSED** from appearing at the March 18, 2019 Mediation **[ECF No. 29]**.

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 4th day of March, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record