UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-24227-CMA

JASON MILLER,

    Plaintiff,

       v.

GIZMODO MEDIA GROUP, LLC,
a Delaware Corporation, KATHERINE
KRUEGER, individually, and
WILL MENAKER, individually,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF RESOLUTION OF DISCOVERY DISPUTE**

Plaintiff, Jason Miller, hereby gives notice that his discovery dispute with non-party, A.J. Delgado, has been resolved by the Amended Response to Subpoena Duces Tecum [Doc. No. 88], and respectfully requests that the hearing scheduled for today at 2:00 p.m. pursuant to Court Order [Doc. No. 79] be cancelled.

Dated: March 13, 2019.                                Respectfully submitted,

                                                                      */s/ Shane B. Vogt*
                                                                      Kenneth G. Turkel – FBN 867233
                                                                      E-mail: kturkel@bajocuva.com
                                                                      Shane B. Vogt – FBN 257620
                                                                      E-mail: svogt@bajocuva.com
                                                                      BAJO | CUVA | COHEN | TURKEL
                                                                      100 North Tampa Street, Suite 1900
                                                                      Tampa, Florida 33602
                                                                      Tel: (813) 443-2199
                                                                      Fax: (813) 443-2193
                                                                      *Attorneys for Plaintiff*

{BC00190950:1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2019, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

I FURTHER CERTIFY that on March 13, 2019, a copy of the foregoing document was served via e-mail to counsel for non-party, A.J. Delgado, as follows:

Matthew Sarelson
Kaplan Young & Moll Parron, PLLC
600 Brickell Avenue, Suite 1715
Miami, FL  33131
E-mail:  msarelson@kymplaw.com

                    */s/ Shane B. Vogt*
                    Attorney