UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

    Plaintiff,

v.

**GIZMODO MEDIA GROUP, LLC**, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Extend Deadline for Disclosure of Expert and Rebuttal Witnesses [ECF No. 103]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline to disclose expert witnesses is extended from April 8, 2019 to **April 18, 2019**. The deadline to disclose rebuttal expert witnesses is extended from April 22, 2019 to **May 2, 2019**. All other deadlines in the Amended Scheduling Order [ECF No. 101] remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 8th day of April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record