UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

1:18-CV-24227-CMA-Altonaga

JASON MILLER,

   Plaintiff,

vs.

GIZMODO MEDIA GROUP, LLC,
a Delaware Corporation, KATHERINE
KRUEGER, individually, and WILL
MENAKER, individually,

   Defendants.

**DECLARATION OF KATHERINE KRUEGER IN SUPPORT OF DEFENDANTS GIZMODO MEDIA GROUP, LLC AND KATHERINE KRUEGER'S MEMORANDUM OF LAW REGARDING THE REPORTER'S PRIVILEGE**

I, KATHERINE KRUEGER, being of lawful age and otherwise competent to testify in a court of law, hereby declare as follows:

1. I am Managing Editor at the Gizmodo Media Group, LLC politics, news, media, and culture website *Splinter*, which is published at the URL www.splinternews.com. I have held this position since 2016.

2. On September 21, 2018, a source (the "Source") shared a court-filed document with me entitled Mother's Supplement to Mother's March 2018 Motion for Court to Consider Psychological Evaluation of the Father (the "Supplement"). The Source shared the Supplement with me in exchange for my promise that I would keep the Source's identity confidential.

4843-8012-2003v.1 0109559-000002

3. During my communications with the Source, I was in New York City, where I live and work.

4. On September 21, 2018, I contacted Arlene "A.J." Delgado ("Delgado") to ask for comment on the Supplement. After Delgado responded, I shared a copy of the Supplement with her over email. A true and correct copy of this email exchange (and its related metadata) is attached hereto as **Exhibit A**.

5. I did not share the Source's identity with Delgado in our September 21, 2018 email exchange, nor have I ever shared the Source's identity with Delgado.

6. To the best of my knowledge, I have never disclosed the Source's identity to any third party.

This Declaration was executed on April 8, 2019 in New York, New York. I declare under penalty of perjury under the laws of the United States of America and the State of Florida, pursuant to 17 U.S.C. § 1746, that the foregoing is true and correct.

Katherine Krueger