UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

    Plaintiff,
v.

**GIZMODO MEDIA GROUP, LLC**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Jason Miller's Motion for Extension of Time [ECF No. 116], filed May 7, 2019. Plaintiff seeks an extension until June 14, 2019 to respond to Defendants' Amended Motion for Partial Reconsideration [ECF No. 117]. Defendants oppose the Motion. (*See* Present Mot. 10). The Court appreciates Plaintiff's counsels' various professional commitments, including hearings, depositions, and travel in the next four weeks. (*See id.* 3–4). By the same token, Defendants' Motion for Partial Reconsideration necessitates fairly expedited review in light of the parties' outstanding and extensive discovery and anticipated pre-trial motions practice.

Therefore, to better manage the orderly progress of the case, it is

**ORDERED AND ADJUDGED** that Plaintiff, Jason Miller's Motion for Extension of Time [ECF No. 116] is **GRANTED in part**. Plaintiff shall respond to Defendants' Amended Motion for Partial Reconsideration **[ECF No. 117]** by **May 28, 2019**. Defendants may file a reply memorandum by **June 4, 2019**.

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 8th day of May, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record