**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**1:18-CV-24227-CMA-Altonaga**

| | |
|---|---|
| JASON MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GIZMODO MEDIA GROUP, LLC, | ) |
| a Delaware Corporation, KATHERINE | ) |
| KRUEGER, individually, and WILL | ) |
| MENAKER, individually, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY**
**JUDGMENT MOTION IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(c)(2) and the Court's Amended Scheduling Order (ECF No.

101), Defendants Gizmodo Media Group, LLC ("Gizmodo"), Katherine Krueger ("Krueger")

(collectively, "Defendants") hereby move this Court unopposed for leave to file a twenty-five

(25) page summary judgment motion and supporting memorandum of law.  In support of this

Motion, the Defendants state as follows:

**INTRODUCTION**

This action arises out of a September 21, 2018 news article reporting on a filing in the

child custody battle between Plaintiff Miller and Arlene "A.J." Delgado, two senior advisors on

then-candidate Trump's presidential campaign who engaged in a highly publicized affair that

resulted in Delgado's pregnancy (the "Article").  This Court granted Defendants' Motion to

Dismiss in part, dismissing Counts II-V of the Amended Complaints against Defendants.  (ECF

No. 110).  Thus, only one cause of action for defamation per se remains.

**ARGUMENT**

In accordance with Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendants will be moving for summary judgment by the dispositive-motion deadline, which is June 27, 2019.  (ECF No. 101).  Defendants' motion will seek summary judgment on multiple substantive grounds, addressed to each element of Plaintiff's purported defamation claim, and raising several constitutional arguments and necessary choice-of-law analysis for this Court's review.  Although Defendants will endeavor to be as concise as possible, due to the comprehensive nature of the underlying facts and complex issues to be addressed in connection with the 130-page Amended Complaint and Exhibits, Defendants seek leave to exceed the page limitations imposed by Local Rule 7.1(c)(2).  Specifically, Defendants request leave to file a motion for summary judgment and incorporated memorandum of law in excess of the twenty (20) page limit, up to and including twenty-five (25) pages.[1]

The additional five pages requested by Defendants will allow them to move for summary judgment in an organized, clear, efficient manner, and will thus materially assist the Court in considering its position.  This Court has broad discretion to grant this request.  *See AMG Trade & Distrib., LLC v. Nissan N. Am., Inc.*, No. 18-60062, 2019 U.S. Dist. LEXIS 84545, at *17 (S.D. Fla. May 16, 2019) (granting additional eleven pages in excess of page limitations for summary judgment motion); *Galarza v. Carnival Corp.*, No. 15-24380, 2016 U.S. Dist. LEXIS 186905, at *1 (S.D. Fla. Jul. 14, 2016) (J. Altonaga, granting unopposed motion for leave to file response to summary judgment motion in excess of 20 pages).  In light of the foregoing, Defendants believe good cause exists for filing a motion for summary judgment which exceeds the page limitations in Rule 7.1, and Plaintiff will not be prejudiced thereby.

---

[1] Defendants are not seeking to exceed the page limits proscribed in Local Rule 56.1(a)(1) with respect to the statement of facts.

## CONCLUSION

For the reasons stated herein, Defendants respectfully request this Court grant Defendants leave to file a joint motion for summary judgment and memorandum of law totaling twenty-five (25) pages.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for the Gizmodo Defendants conferred with counsel for Plaintiff regarding the relief requested herein. Counsel for Plaintiff does not oppose the relief requested in this motion provided Plaintiff is afforded five additional pages for his response to Defendants' motion.

Respectfully submitted,

June 19, 2019

/s/ *Elizabeth A. McNamara*
Elizabeth A. McNamara (*pro hac vice*)
Katherine M. Bolger (*pro hac vice*)
Claire K. Leonard (*pro hac vice*)
DAVIS WRIGHT TREMAINE
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
katebolger@dwt.com
claireleonard@dwt.com

*Attorneys for Defendants Gizmodo Media Group, LLC and Katherine Krueger*

/s/ *Deanna K. Shullman*
Deanna K. Shullman (Florida Bar No. 514462)
Rachel Fugate (Florida Bar. No. 144029)
Giselle M. Girones (Florida Bar. No. 124373)
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
rfugate@shullmanfugate.com
ggirones@shullmanfugate.com

*Attorneys for Defendants Gizmodo Media Group, LLC and Katherine Krueger*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record on the service list.

*/s/Deanna K. Shullman*

Deanna K. Shullman
Florida Bar No. 514462

## SERVICE LIST

*Attorneys for Plaintiff* :

Kenneth G. Turkel, Esq.
kturkel@bajocuva.com
Shane B. Vogt, Esq.
shane.vogt@bajocuva.com
BAJO CUVA COHEN TURKEL
100 N. Tampa Street, Ste. 1900
Tampa, FL 33602
Telephone: (813) 443-2193