*Jason Miller*

*v.*

**Gizmodo Media Group, LLC**


### *EXPERT REPORT OF CRAIG KRONENBERGER*

---

Prepared for

Shane B. Vogt & Kenneth G. Turkel
Bajo Cuva Cohen Turkel, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602


Submitted By



Stripe Reputation, Inc.
1190 North Highland Ave
Atlanta, GA 31106


**April 18, 2019**

## I.   INTRODUCTION

### A.   The Assignment

Bajo Cuva Cohen Turkel, P.A. retained Stripe Reputation, Inc. to provide expert services on behalf of Jason Miller ("Miller") in connection with claims seeking monetary damages against Gizmodo Media Group, LLC ("Gizmodo") and Katherine Krueger ("Krueger") in the case styled *Jason Miller v. Gizmodo Media Group, LLC, et al,* United States District Court for the Southern District of Florida, Case No. 1:18-cv-24227-CMA (the "Lawsuit").  Specifically, we have been asked to provide an opinion regarding the harm caused to Miller's reputation by a defamatory article posted on *Splinternews.com* on September 21, 2018 entitled *"Court Docs Allege Ex-Trump Staffer Drugged Woman He Got Pregnant With 'Abortion Pill'"* (the "Article") and the cost of repairing or mitigating the harm the Article caused to Miller's reputation.

This report is submitted as of April 18, 2019 ("Report Date").  The findings herein reflect our analysis of the information provided to us and our independent research as of the Report Date.  We reserve the right to amend, expand, and/or supplement this report should additional information or data be made available.

This report was prepared primarily by Craig Kronenberger, with the assistance of individuals employed by Stripe Reputation acting under his supervision.

### B.   Qualifications of the Expert

Craig Kronenberger is the President of Stripe Reputation, a leading consultancy for online reputation management.  Craig focuses primarily on promotion and protection of reputations for brands, organizations, executives and individuals.  A copy of Craig's CV is produced contemporaneously with this report.

Prior to Stripe Reputation, Craig was Global Managing Director of Strategic Growth at Edelman, the world's largest public relations firm, with more than 5,000 employees in 65 cities and affiliates in more than 35 cities.  At Edelman, Craig was responsible for leading global teams in the areas of Search Engine Management, Digital Crisis and Risk, Paid Media, Research and Insights.

Prior to Edelman Craig held managing positions with iCrossing and Digitas-Modem Media where he led search engine management strategy for brands such as Delta Airlines, Home Depot, Sony, Coca-Cola, CNN and Marriott.  At Digitas-Modem

2

Media, Craig was named Global Practice Lead for Search Marketing, where he was instrumental in building search practices in Europe and Asia.  Craig's digital marketing experience also includes search marketing strategy and global governance for Hewlett Packard, Coca-Cola, Unilever, Kraft and General Motors.

Stripe Reputation offers digital marketing and reputation management strategies and services. Offerings span digital measurement and analytics, paid media management, crisis and issues management, new media analysis and monitoring, and search engine optimization, among other services.

## II.    SUMMARY OF OPINIONS

After reviewing the information and documents provided[1] and performing independent research and analysis, and based on my and Stripe Reputation's professional background, knowledge, training, education, and experience in reputation management and digital media, we conclude that the publication, re-publication, and distribution of the Article across news outlets and social media caused significant negative impact on the reputation of Miller. This impact is evidenced by an analysis of the reach and traction of the Article (outlined below), and through Miller's loss of employment with CNN within 24 hours of the publication.

The damage to Miller's reputation is a consequence of the nature of the accusations about Miller in the Article and the Article's wide reach. According to "CONFIDENTIAL" documents provided by Gizmodo, the Article received 254,945 (and counting) unique page views.  The Article remained the top story on *Splinter* for at least three days following its publication and in the top five stories for many additional days. There was also significant engagement generated on the Article, including 345.6K reactions, 348 comments and 10 shares (see Appendix I).

To put the impact of this Article in context, it generated approximately 96% of the total engagements related to Jason Miller in the past year.

The negative impact of the Article was enhanced through targeted efforts by Gizmodo and Krueger to increase the reach of the story through republication by high-authority outlets. These efforts caused the story to be picked up by *The Cut, Raw Story, Bustle, Newsweek, Deadline, The Inquirer, Cosmopolitan, The Daily Beast, Politico, The Wrap, The Washington Post, Hollywood Reporter, Refinery29, Variety, New York Post, HuffPost, The Hill, The Independent, Talking Points Memo, TVNewser, and Mediaite,* among many others.

According to *AHRrefs,* a search and digital analytics tool, there are at least 201 referring domains to the Article, which means that there are at least 201 websites that contain a link to the Article.

---

[1] In connection with this assignment, the following documents were provided and reviewed: Miller's First Amended Complaint; Gizmodo and Krueger's Supplemental Responses to Miller's First Set of Interrogatories; Gizmodo's Second Supplemental Response to Miller's First Set of Interrogatories; Krueger 000001-000064; and Gizmodo 000001-000549.

4

As this increased media pick-up occurred, the Article gained "authority" (became viewed as a trusted source by internet search engines), and its reach and resonance grew as more people searched for, found and shared the Article through social media platforms.  The result is that the defamatory statements about Miller in the Article spread far beyond the original posting.  The defamatory content gained substantial authority as it was disseminated, which compounded the damage to Miller's reputation.

Although the Article received 254,945 unique page views on *Splinter*, once it was picked up by other media outlets and shared via social media, the potential audience exposed to the Article grew to 1.9 trillion. This substantial potential reach is the result of Miller being referenced in specific relation to the Article in at least 68.5K social media mentions across online channels. These 68.5K mentions generated more than 358.2K engagements (meaning there were at least 358.2K instances in which individuals shared, commented on, or liked the content), which illustrates the direct engagement with the defamatory statements about Miller by those who saw them and underscores the harm caused to Miller's reputation.

Miller's reputation can never be fully repaired and the harm the Article caused can never be fully reversed.  However, we conclude within a reasonable degree of certainty in our field that the cost of the reasonable and necessary efforts to begin to repair Miller's reputation and correct the defamatory narrative disseminated about him are $63,372,471.65.

The estimate of what it will cost to attempt to repair Jason Miller's reputation includes:  1) the fees to repair and rebuild Jason Miller's reputation online and offline; and 2) the advertising dollars needed to change the perception of those who were exposed to and engaged with the negative content. It must be emphasized, however, that it is impossible to fully restore Miller's reputation.

We reserve the right to revisit this analysis and amend these conclusions should additional information and/or documents become available for review.  We further reserve the right to respond to opinions and issues raised by any opposing experts. Finally, we reserve the right to use demonstratives and/or other exhibits to present the opinions expressed in this report and/or any supplemental, amended, and/or rebuttal reports.

5

### III.     BASIS OF OPINIONS

#### A.     The Parties

Miller is a communications strategist and political manager who in 2016, while a partner at political consulting firm Jamestown Associates, served as Senior Communications Advisor on President Donald Trump's 2016 campaign.  After the election, while still a partner at Jamestown Associates, he served as Communications Director on President Trump's transition team.  In late 2016, Miller was slated to be President Trump's White House Communications Director but declined the position after Arlene Delgado, with whom Miller had an affair, prompted press coverage of their relationship and resulting pregnancy.  Miller currently works for Teneo Strategy, a company that advises Fortune 500 CEOs on crisis communications, corporate communications, and media relations.  In March 2017, Miller started working as a Political Commentator for CNN, and often appeared on national television advocating for and defending the Trump Administration.  Given his line of work, Miller's livelihood depends on his reputation and public image.

Gizmodo is a Delaware limited liability company with its principal place of business and headquarters in New York, New York.  Gizmodo is registered to do business in Florida as a single-member limited liability company, whose sole member is Univision Interactive Media, Inc. d/b/a "Fusion Media Group" ("Fusion").  Fusion is a Delaware corporation with its principal place of business and headquarters in New York, New York.  Fusion operates a network of national and local online and mobile websites, including *Splinter*.  Krueger is the Managing Editor of *Splinter.*

#### B.     Overview of the Case

On September 21, 2018 at 8:01 p.m., Krueger and Gizmodo posted the story "*Court Docs Allege Ex-Trump Staffer Drugged Woman He Got Pregnant With "Abortion Pill"*"[2] (the "Article"), which discussed and included a link to view Arlene Delgado's Supplement to Mother's March 2018 Motion for Court to Consider Psychological Evaluation of the Father (the "Supplement").  The Article and image of the Supplement exposed scandalous, false, and defamatory accusations against Miller;

---

[2] https://splinternews.com/court-docs-allege-ex-trump-staffer-drugged-woman-he-got-1829233105

including accusing Miller of having an affair with, impregnating, attempting to murder, and killing the unborn child of one woman ("Jane Doe") by slipping her an "abortion pill;" as well as beating another unidentified woman; and then trying to cover up these crimes.

Before the Defamatory Article was published, Gizmodo was already working with a third-party public relations firm, The Lead PR, for assistance to "push out" the story about Miller.  In an e-mail sent at 7:25 p.m. on September 21, 2018, Gizmodo Editorial Director Susie Banikarim asked The Lead PR for help to "push out" the Miller story, while noting, "We have a court filing that lays out some pretty serious allegations against Jason Miller a high-profile Trump advocate and CNN contributor…"  At the same time, Gizmodo was internally planning to push the Defamatory Article on social media, through its employees' accounts and on its own Twitter and Facebook accounts, including on *Splinter's*, *Jezebel's*, *Gizmodo's*, and *Deadspin's* accounts.

On September 21, 2018, at 9:13 p.m., Miller demanded Krueger and *Splinter* pull the Article.  Shortly after Miller's retraction demand, at 9:30 p.m. on September 21, 2018, Krueger e-mailed Allison Gollust at CNN a link to the Article and asked whether in light of the "stunning allegations against Jason Miller… CNN will keep working with Miller?"  Krueger also tweeted the Article to her followers as her "Friday Night Scoop;" where it was retweeted and negatively commented on by readers, including comments tagging CNN and asking for Miller to be fired, referring to him as a criminal, and calling for him to be prosecuted.

Facing a public backlash over the Defamatory Article, Miller posted a statement trying to defend himself and denying the false accusations in the Article. Shortly thereafter, because of CNN's understandable concern over public perception of the situation, Miller and CNN agreed to terminate Miller's contract. After that happened, Krueger again took to Twitter to comment that her reporting led to Miller's departure from CNN; in response to which a new round of comments and tweets attacking Miller erupted.

Once the Article was published on *Splinter*, Krueger and Gizmodo launched their campaign.  Gizmodo immediately began posting the Article on its social media accounts and asking its staffers to do the same.   At 8:20 p.m. on September 21, 2018, Susie Banikarim e-mailed a link to and summary of the Article to *The Drudge Report*.  Shortly thereafter, Banikarim also e-mailed a link of the Article to The Lead PR, which immediately "push[ed] this to political and media reporters now."  As a

7

result, the Article was picked up the following day by several news outlets, such as *Newsweek*, *Raw Story*, and *Bustle*. Over that weekend, pickup of the Article continued. By Monday, September 24, 2018, the Article was picked up by numerous additional publications, such as *Cosmopolitan*, *The Daily Beast*, *Politico*, *The Washington Post*, *Hollywood Reporter*, *Variety*, *New York Post*, *Huffington Post*, *The Hill*, and *Talking Points Memo*.

Gizmodo was also concerned about maximizing search engine optimization (SEO) on the story and that *Splinter* wasn't featured as the top hit on Google. Gizmodo sought out to improve its SEO performance by changing the SEO headline to include phrases like "abortion pill" and "mistress" because of the way people searched for the story about Miller. They also linked other stories about Miller to the Article.

### C.     Gizmodo Defendants' Promotion of the Article

News stories are often organically picked up by other news outlets over time. Here, Gizmodo Defendants directly and through a public relations firm actively promoted the Article online, on social media, and through direct contact with political and media outlets.

On the evening the story was published, Krueger sent an email to Allison Gollust, Executive VP and Chief Marketing Officer for CNN Worldwide, stating:

> *Hi Allison –*
>
> *Katherine from Splinter here. Earlier this evening I reported on some pretty stunning allegations against Jason Miller in court documents filed by AJ Delgado.*
>
> *In light of those allegations I wanted to reach out to ask about CNN's continuing relationship with Miller, who lists himself as a commentator with the network in his Twitter bio. Will CNN keep working with Miller?*
>
> *Thanks for your time – hope to hear from you soon.*
>
> *Best,*
>
> *Katherine*

Ahead of the Article being published, Susie Banikarim, editorial director at Gizmodo, asked for additional support in getting the Article pushed and distributed.

Gizmodo pushed the Article on its own and through the employment of an external public relations (PR) consultant. Gizmodo leveraged the outside PR firm, The Lead PR, LLC, to support the additional distribution of the Article.  The Lead PR team was focused on amplifying the reach of the Article through "push[ing] this to political and media reporters now."

In addition to leveraging PR tactics to increase the Article's traction, Gizmodo featured and promoted the Article on its websites and their social media accounts. On September 21, 2018, Jon Eismen, head of social media at Gizmodo Group, and Caitlin Schneider, social media editor, were asked to share the article across all of Gizmodo Group's media properties including *Jezebel, Splinter, Deadspin, and Gizmodo*.  Eisman confirmed he posted the Article across all owned social channels. Eismen also enlisted Gizmodo staffers to promote the Article on their own social media accounts, stating, "If anyone is around and can spare some retweets @here."  Gizmodo's social media team was also asked to use the "breaking news" feature on *Facebook* to ensure the Article received priority in the news feed.

Given data-usage and sharing restrictions regarding *Facebook*, data on *Facebook* traction must be manually pulled and only measures public pages and posts. As such, there is no way to fully determine the volume of sharing and conversation around the Article on private pages.

On public *Facebook* channels, there were at least 24 related stories about Miller concerning the defamatory accusations made in the Article. Some of these stories generated significant traction. For example, a story by *Newsweek* was shared at least 12,600 times via *Facebook*, and the *Daily Beast's* story was shared 1,749 times.

There was also significant sharing of the Article on *Twitter*. To analyze the *Twitter* activity, we employed *TalkWalker*, a digital monitoring and listening tool, to determine overall traction. On *Twitter*, there were approximately 55,500 mentions that include the words "Jason Miller AND Abortion." Of these, 52,500 mentions occurred between September 21 and September 25, 2018.

D.    **Search Engine Optimization ("SEO")**

Gizmodo also worked to ensure the Article ranked high in internet search results while also ensuring Miller would be associated with the most damaging and negative keywords in the Article. On September 24, 2018, "Cherilyn," an outside

9

SEO consultant, was contacted by Caitlin Vincel, Director of Editorial Product at Fusion Media Group, with the goal of increasing the SEO exposure of the Article. In their messages, Cherilyn provided multiple SEO recommendations including:

- Using keywords to increase exposure around Jason Miller's name

  - "the way people are searching for it – "abortion pill" and "mistress" - two keywords I would make sure are in the SEO headline"[3]

- Increasing high-authority inbound links coming into the article

  - "Make sure your other stories around this topic are linking to this story and if you can, add in some links to this story"

  - "You did it right by including his name in the SEO"

The success of these efforts later became the subject of internal discussion and achievement as illustrated by the comment: "@joneiseman its funny because splinter is a breakout term[4] in trends around Jason Miller 'topic.'"

Overall, the reach data shows the Article ranks for at least 332 keywords; meaning there are 332 keywords that when searched will drive readers to the Article. The Article also ranks within the top 15 results for the following keywords and phrases:

- Jason Miller

- Jason Miller Trump

- Jason Miller Strip Club

- Jason Miller Girlfriend

- Jason Miller Abortion

- Jason Miller Abortion Pill

- Jason Miller Wife

---

[3] An "SEO headline" refers to the keywords in a piece of content's title that signal to search engines what the content is about and the most important words in the content.

[4] A "breakout term" is a search term that has grown by more than 5,000%, according to Google Trends.

10

- Jason Miller Baby Daddy
- Jason Miller News
- Jason Miller Affair

E.     **Overview of Article Exposure**

- Total mentions across digital channels: 68.5K

- Total engagements across digital channels: 358.2K

- Potential reach across digital channels: 1.9T

- Total pageviews of initial article: 254.9K

- Total links from other sites to the *Splinter* article: 3.12K

- Percentage of positive article comments: 1%

- Percentage of negative comments: 79%

11

## IV.    Digital Reputation

According to the 2019 Edelman Trust Barometer, traditional media and search engines are tied as the most trusted sources of information about a person or brand (65%). Trust in online news media is also fairly high at 55%. With these channels being the top three most trusted sources of information, one can begin to appreciate the impact of digital media and search results on reputation.

Gizmodo pushed the Article throughout digital channels and proactively pitched it to traditional and online media outlets. As a result, the defamatory content about Miller was widely republished and its authority and relevance increased. This pick-up resulted in stories based on the Article appearing in the first page of Miller's *Google* search results, and thus negatively impacted Miller's reputation on the channels that people most often use to seek truthful information.



Additionally, due to the vast media pick-up and circulation of the content of the Article, the defamatory accusations were added to Miller's *Wikipedia* page with citation to the *Splinter* Article. *Wikipedia* is one of the most popular sites on the internet and almost always ranks on the first page of search results.



**After Trump** [edit]

In January 2017, Miller sold his interest in Jamestown Associates, and joined Teneo Strategy.[2] Teneo advises "Fortune 500 CEOs on crisis communications, corporate communications and media relations," according to the Axios blog. Axios further noted, "Teneo, which made its name thanks to its close relationship to Bill Clinton, is clearly adapting for a Trump-run world."[37]

On September 14, 2018 A.J. Delgado, the mother of Miller's son, filed a suit in a Miami-Dade Circuit Court. In the suit, Delgado requests that Miller undergo a psychological evaluation because she alleges that Miller impregnated a woman he met in an Orlando strip club and subsequently secretly administered an "abortion pill" to the unnamed woman, causing the abortion of the fetus and life-threatening bleeding of the unnamed woman.[38]

**References** [edit]

1. ^ McBride, Jessica (25 December 2016). "Jason Miller: 5 Fast Facts You Need to Know".
2. ^ a b "GOP strategist Dubke to run White House communications".
3. ^ "Jason Miller, Jamestown Associates". Archived from the original on January 1, 2017. Retrieved 2017-01-01.
4. ^ a b Miller, Jason (24 December 2016). "Jason Miller backs out of Trump White House job". Politico.
5. ^ Lisa de Moraes (March 8, 2017). "CNN Hires Former Donald Trump Surrogate Jason Miller As Contributor". Deadline.com. Retrieved April 8, 2017.
6. ^ a b c "Former Aide to Rudy, Jason Miller, Signs on with Dezenhall". Potomac Flacks.
7. ^ a b c https://www.facebook.com/zezimak. "Meet the people who will help Ted Cruz try to get to the White House". Washington Post.
8. ^ "Jason Miller - Managing Director". www.teneoholdings.com. Retrieved 1 March 2018.
9. ^ "Married Former Trump Aide Admits Campaign Affair and Love Child, Sending Angered Ex-Mistress to Vent on Twitter". Retrieved 28 February 2018.
10. ^ "Rudy Giuliani: Press Release - Top Sanford Aide Joins Giuliani Campaign". www.presidency.ucsb.edu.
11. ^ St. Louis Post-Dispatch, May 24, 2004, "Senate Race Has Political Feuding"
12. ^ Kinzer, Stephen; Jo Napolitano (2004-06-23). "Illinois Senate Campaign Thrown Into Prurient Turmoil". New York Times. Retrieved 2008-02-10.
13. ^ a b Roll Call, January 27, 2005, "Next Stop the White House?"
14. ^ Richmond Times Dispatch, November 23, 2005, "Allen Campaign Official Leaving for S.C."
15. ^ "– Elections 2006". Cnn.com. Retrieved July 25, 2012.
16. ^ a b "He helped Mark Sanford win 2 SC races. Now he's Trump's spokesman". Retrieved 28 February 2018.
17. ^ a b "Rudy Giuliani: Press Release - Top Sanford Aide Joins Giuliani Campaign". www.presidency.ucsb.edu. Retrieved 28 February 2018.
18. ^ "Jamestown Associates Names Jason Miller as Partner and Executive Vice President". Potomac Flacks.
19. ^ a b "How Jamestown Associates Adapted and Prospered". Roll Call. 20 February 2014.
20. ^ Cillizza, Chris; Sullivan, Sean (8 May 2013). "How Mark Sanford won". washingtonpost.com. Retrieved 28 February 2018.

21. ^ "Sanford admits affair: 'I've let down a lot of people'". Retrieved 28 February 2018.
22. ^ "SC - Election Results". www.enr-scvotes.org. Retrieved 1 March 2018.
23. ^ "Mark Sanford: The new comeback kid". Retrieved 28 February 2018.
24. ^ "GOP mounts late offensive in key Kentucky race".
25. ^ "Sam Youngman: How Matt Bevin (probably) won the GOP nomination for governor".
26. ^ Lasley, Matt (November 4, 2015). "Bevin elected Kentucky Governor". News Democrat and Leader. Russellville, Kentucky.
27. ^ "Ted Cruz 2016? Texas Senator Hires Consultants With National Campaign Experience For Possible Presidential Run". 29 August 2014.
28. ^ "Trump Hires Ex-Cruz Aide as Communications Adviser" – via www.bloomberg.com.
29. ^ Newsmax.com, All rights reserved. June 28, 2016 Section: Politics New Trump Staffer Deletes Anti-Trump Tweets Cathy Burke
30. ^ Haberman, Maggie (June 27, 2016). "Donald Trump Hires Former Adviser to Ted Cruz". The New York Times. Archived from the original on January 1, 2017. Retrieved January 1, 2017.
31. ^ Jacobs, Jennifer; Kevin Cirilli (June 27, 2016). "Trump Hires Ex-Cruz Aide as Communications Adviser". Bloomberg. Archived from the original on January 1, 2017. Retrieved January 1, 2017.
32. ^ Byers, Dylan (22 December 2016). "Trump picks Sean Spicer as White House press secretary, Jason Miller as communications director". CNNMoney.
33. ^ Lanyon, Charley (December 26, 2016). "Trump Communications Director Resigns Amid Allegations of Affair". New York. Archived from the original on December 29, 2016. Retrieved January 1, 2017.
34. ^ "Trump staffer allegedly entangled in sex scandal," New York Post, December 26, 2016, retrieved January 3, 2017.
35. ^ "Trump advisers went to strip club with members of media". 23 October 2016. Retrieved 1 March 2018.
36. ^ Coppins, McKay (August 2017). "From Trump Aide to Single Mom". The Atlantic.
37. ^ "Axios AM".
38. ^ Krueger, Katherine (September 21, 2018). "Court Docs Allege Ex-Trump Staffer Drugged Woman He Got Pregnant With 'Abortion Pill' [UPDATED]". Splinter News.

Categories: American political consultants | American public relations people | Donald Trump 2016 presidential campaign | Living people

This page was last edited on 4 March 2019, at 05:01 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy  About Wikipedia  Disclaimers  Contact Wikipedia  Developers  Cookie statement  Mobile view

Our analysis shows the Article had a far greater impact on Miller's reputation than any other topic in the past year. The below graph represents all digital and social media mentions related to Miller from March 2018 to March 2019. Conversation related to Miller was historically low but saw a massive spike on the date of the Article's publication. Of the 73.8K mentions about Jason Miller in the past year, 92.8 percent (or 68.5K) included the keywords "Jason Miller + Abortion" and derived from the Article.



The negative impact on Miller's reputation is further depicted in the below word cloud. This graphic visually represents the keywords most commonly associated with a topic. The larger the word, the stronger the association. The following shows terms such as "abortion", "pregnant", "stripper", "smoothie", "sexual", "secretly", "drugged", "impregnated", and "arrested" have become deeply connected with Miller's name.



14

As the distribution of the Article and its defamatory content increased, Miller became directly associated with several hashtags including #FamilyValues, #Abortion, #WarOnWomen, #SexualPredators, #GOPRapeCulture, #psychopath, #GOPRapists, #MeToo, and #FeloniousPoison; which further deepened the negative reputational impact on Miller in the context of large social campaigns and movements.



Of all the comments posted in response to the Article and other stories it generated, only one percent were positive. The vast majority of the comments were negative (79 percent) or neutral (20 percent).

We researched the demographics of those who engaged with this content and found that a top interest of the people who engaged were "family and parenting." Also, many people who engaged with the content are professionals.  This demographic typically includes a cross-section of the television news audience, as confirmed by comments mentioning Miller's job at CNN, which underscores reputational damage given Jason Miller's work as a political commentator on a major broadcast news outlet.

15



As part of our analysis, we also reviewed specific comments made about the Article and other stories it generated.  Overall, the comments show a negative impact on Miller's reputation, including expressions of disgust, hatred, and anger.  A small sample of these comments includes:

- "If that story about slipping an abortion pill is true, that's scary and wrong on so many levels. The one that sticks with me is that the "abortion pill" (I assume they're talking about "plan B") is supposed to be taken no more than 72 hours after unprotected sex. It is NOT supposed to be used to terminate an existing pregnancy. Dosing a pregnant woman with steroid to induce miscarriage is extremely dangerous for the woman, fatal for the baby, and most importantly, as bad or worse than rape in the context of taking away a woman's right to choose what to do with her own body. I don't know what the law says, but from a moral perspective, that should be a crime with heavy jail time."

- "This monster is finished. His legacy is forever tarnished. He deserves it. Now get the rest of them Karma and show no mercy!"

- "No lie—I think of him as a long-lost Gorka spawn. Level of cravenness is about equal. Although level of revulsion for almost killing a woman because he couldn't fucking handle a pregnancy—Christ on an ass."

16

- "Looked a bit into Teneo Strategy, where this ambulatory pork chop got a job — one assumes having passed some sort of interview and background check. Founded by Declan Kenny and Doug Band, both dear friends of and advisors to ... Hillary and Bill Clinton. Teneo apparently had Huma Abedin on as a paid consultant thanks to a State Dept waiver, which upset Chuck Grassley, who seems an otherwise blithe fellow.. Tony Blair also served as advisor. Make of all that what you will."

- "Oh, and CNN, WTF are you doing having shit like this on your shows? For god's sake do a little background work before you let another one of these nut cases (/all of them) on television."

- "He deserves to have his smoothie dosed with rat poison, because he is vermin."

- "I love when arrogant assholes go down. Especially if there conservative!"

17

## V.      Reputational Damages

Simply put, we will never be able to reach every person who read the Article and other stories it generated, saw posts about the Article on social media, and came across this material by searching Miller's name on Google or other search engines. We can, however, take the steps set forth below to attempt to restore Miller's reputation.

To restore reputation, we develop and manage a digital campaign that would change the negative reputational impact caused by the Article, with the intent of changing the negative opinion it created. This campaign includes four categories: 1.) negative news media articles; 2.) negative search engine results; 3.) negative social media engagements; and 4.) the frequency or amount of times we need to put an ad in front of someone to repair Jason Miller's reputation.

To address these categories, we arrive at the amount of professional fees and paid advertising dollars necessary to reach the Article's audiences and change the perception it created. We create a media plan that is designed to reach the Article's audiences in similar channels, where we target a specified amount of advertising impressions and frequency in order to change the negative perceptions it created.

### A.      Fees to Repair and Rebuild Jason Miller's Reputation

To begin repairing and rebuilding Miller's reputation, we must do the following: 1) ask publishers or individuals to take down content that was being published or shared; 2) suppress negative content through the development of new content; 3) develop strategies for Miller to rebuild his personal and professional reputation; and 4) implement and manage advertising campaigns in channels most likely to reach the audiences impacted by the Article.

We estimate the total amount needed to complete these necessary tasks is $1,844,618 for professional fees, which would include the development of new content and campaigns around Miller's reputation, ongoing management of content in order to build the ranking around it, working with legal support to gather take-down notices, and engaging publishers to remove negative content. Professional Fees would also cover ongoing reporting and monitoring of progress and running a paid media campaign to rebuild Miller's reputation.

18

**B.      Advertising Dollars to Repair and Rebuild Jason Miller's Reputation**

Based on our professional background, knowledge, training, education, and experience, we recommend a paid media spend of $61,527,853.65 with the goal of reaching as many people as possible that were impacted by the negative stories, sharing of the stories on social media, and the rankings of negative content in search engines.  We expect the process of repairing Jason Miller's reputation to take between 12 and 18 months.

**(1)      Negative News Media Articles Cost Calculation**

To calculate the advertising dollars necessary to combat the negative content shared about Miller, we used a formula endorsed and used by Cision/Trendkite and many fortune 100 companies around the world.  The formula is the following: Ad Vale Equivalency (AVE) = Readership (Unique Visitors per Month, UVM) x Average Potential Article Readership (2.35%) x Average Ad Cost ($0.08).

The average potential article readership is based on the assumption that not every person that goes to a site in a given month will read a particular article.

Average Ad Cost is based on an average cost per thousand impressions (or CPM) of $8, which we've found is a representative average across different media type and outlet sizes across the Internet. That number is multiplied by 10 to account for the fact that the average ad size is about 10x smaller than the average article in terms of web page real estate. [$8/1000*10 = $0.08]

STEPS TO CALCULATE AVE

- Located the Readership value (also known as UVM or Unique Visitors per Month) of the Article located in "Jason Miller Export.xls"

- Multiplied the Readership (UVM) of the Article by the Average Potential Article Readership (2.35%)

- Took the sum of the previous equation multiplied by the Average Ad Cost ($0.08)

- The sum of Steps 1 through 3 is the Ad Equivalency Value of the mention

*The total AVE of the 339 news media mentions is $5,220,336.*

19

SOURCES:

- *Source:  Cision/Trendkite –Global leader in measurement and monitoring of media. https://www.trendkite.com/ and https://www.cision.com*
- *Source:  Talkwalker - Leading monitoring and listening tool for social media, news and forums..  https://app.talkwalker.com*

### (2)   Negative Social Media Mentions Cost Calculation

We identified over 55,500 mentions on social media and 375,377 engagement across those social channels.  In order to determine the reputational impact we looked at the average cost-per-action (CPA) of $18.68 and applied it to the total engagements across all social posts on social media.

*The total social media engagement times the average CPA is  $7,012,042.*

APPROACH

- Used Talkwalker to capture all mentions around the topic from the launch of the Splinter article to April 16th.
- Calculated the total engagements from social sources including Facebook, Instagram, YouTube, LinkedIn, Pinterest, Google+, Twitter, Forums, Blogs.
- Applied the total to industry benchmark of $18.68.

SOURCES

- *Source:  TalkWalker - Leading monitoring and listening tool for social media, news and forums.  https://app.talkwalker.com*
- *Source:  Industry  - Wordstream 2018 $18.68 across multiple industries is the average CPA = Cost per action or cost per acquisition.*

### (3)   Negative Search Engine Cost Calculation

The negative stories based on the Article result from numerous searches on Google and other search engines, including "Jason Miller", "Jason Miller DC", "Jason Miller Trump", "Jason Miller CNN" and Miller's current employer "Jason Miller, Teneo".  In order to understand the monetary impact of the rankings, we reviewed all negative stories to see if they were ranking for keywords on Google with the goal of understanding how many potential people may have seen the content or clicked on it.  We then determined how much Google would charge to run an ad for each keyword and the estimated amount of traffic it would drive to that

20

page. Next, we estimated the amount of time it will take to rebuild Miller's reputation based on running ads for the same amount of time the stories generated by the Article have been visible on Google. Lastly, we ran similar calculations for other search engines outside of Google, including Bing, Yahoo and Baidu.

The total for search engine impact is $8,134.80 a month. Applying this amount to a total of eight months (the amount of time the stories have been visible) equates to $65,078.40. When we add in the percentage from other search engines, the final total is $73,192.73.

APPROACH:
- Captured all URLS tied to the topic.
- Ran URLs through AHREFS to capture the ranking position that target URL holds in the organic search results for a given keyword.
- Eliminated all URLs that did not have keyword rankings.
- Captured all of the keywords and ran through Google Keyword Planner to determine estimated cost per click. Used $1.50 average cost per click when no recommendation was available.
- In order to take into account other search engines like Bing, Yahoo and Baidu, we used a calculation based on the average global usage of search engines in October of 2018 equaling and additional 7.13%.

SOURCES:
- *Sources: AHREFS - Leading technology tool in search engine optimization and management. https://ahrefs.com*
- *Source: Google Keyword Planner for average Cost Per Click https://ads.google.com/home/tools/keyword-planner/*
- *Source: Ranking keyword estimated clicks https://ahrefs.com/blog/seo-metrics/#section7*
- *Source: We reviewed the average cost per click across industries which was sourced at $2.69 but reduced it to $1.50 cost per click since this is for an individual vs an industry.*
- *Source: Wordstream The average cost per click in AdWords across all industries is $2.69 - Wordstream Google Ad benchmarks, April 10, 2019*
- *Source: Worldwide Desktop Market Share of Leading Search Engines Globally - https://www.statista.com/statistics/216573/worldwide-market-share-of-search-engines/*
  - *Google – 90.28%*

- o    *Bing – 3.82%*
- o    *Yahoo – 2.76%*
- o    *Baidu - .55%*

### (4)    Frequency of Advertisement To Ensure A Perception Change

In advertising, the effective frequency is the number of times a person must be exposed to advertisement message before a response is made and before consideration takes place. To ensure we reach and change perception of the audience, we will need to increase frequency of the advertising by five-to-nine times.  This will improve the chance that someone sees the ads, engages, or becomes aware. For purposes of this assignment, we used the lowest frequency of 5X.

*SOURCES:*
*Source – Nielson, How frequency of exposure can maximize the resonance of your digital campaigns.*
*https://www.nielsen.com/au/en/insights/news/2017/how-frequency-of-exposure-can-maximise-the-resonance-of-your-digital-campaigns.html*

### (5)    Summary of Cost Calculations

Based on the frequency of 5x across the three major channels of search ($73,192.73), social ($7,012,042) and new media ($5,220,336), the total Advertising Dollars to repair and rebuild Miller's reputation is 12,305,570.73 x (5X) = $61,527,853.65.

22

## VI.    CONCLUSION

Jason Miller's reputation was substantially impacted by the Article and Gizmodo's and Krueger's aggressive promotion and distribution of the Article.

While many media outlets work to expand the reach of their content, the enlistment of an outside PR firm, stated focus on associating Jason Miller with the most negative keywords in the Article as part of an SEO strategy, and the promotion of the Article across all Gizmodo news and social channels suggest a focused attempt to harm Miller's reputation and generate brand recognition for Gizmodo and *Splinter*.

The substantial reach and traction of the Article and its negative content requires an advertising campaign sufficient to overcome the widespread negative impact of the Article on Miller's reputation.  The total amount of the fees and costs necessary to begin to rebuild and repair Miller's reputation is $63,372,471.65.

_____
Craig Kronenberger

23

**Appendix I: Screenshot of the Article's Performance**

# Court Docs Allege Ex-Trump Staffer Drugged Woman He Got Pregnant With 'Abortion Pill' [UPDATED]



Katherine Krueger
9/21/18 8:14pm • Filed to: JASON MILLER ⌄

345.6K   348   10

Exhibit A, Page 24 of 25

**Appendix II: Visualization of the Article's reach**



\* DA = Domain Authority or the authority of the website.  PA = Page Authority or the authority of the specific URL or page.