UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

      Plaintiff,
v.

**GIZMODO MEDIA GROUP, LLC**; *et al.*,

      Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court on Plaintiff, Jason Miller's Motion for Leave to File Unredacted Declaration of "Jane Doe" Under Seal [ECF No. 154], filed June 27, 2019. Plaintiff states he is relying on the Declaration in support of his Motion for Partial Summary Judgment [ECF No. 152], also filed June 27, 2019. The redacted version of the Declaration [ECF No. 5-1] is attached to Plaintiff's First Amended Complaint and Demand for Jury Trial [ECF No. 5], filed October 18, 2018.

The redacted Declaration omits (1) Jane Doe's name and address (*see* Declaration ¶¶ 1–2); (2) Arlene J. Delgado's cellular telephone number (*see id.* ¶ 8); and (3) the name of an establishment Jane Doe declares did not employ her (*see id.* ¶¶ 17–18, 24). This information is not necessary for the Court to resolve Plaintiff's Motion for Partial Summary Judgment.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion **[ECF No. 154]** is **DENIED**. Plaintiff shall not file an unredacted version of the Declaration [ECF No. 5-1] under seal. This Order shall not be filed under seal. This Order does not otherwise modify the Confidentiality Order [ECF No. 100], entered March 29, 2019.

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 28th day of June, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record