# EXHIBIT C

May 30, 2019                                    1

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF FLORIDA

 3

 4      - - - - - - - - - - - - - - - -X

 5      JASON MILLER,                    :

 6              Plaintiff,               :

 7      vs.                              : Case No.

 8      GIZMODO MEDIA GROUP, LLC, a      : 1:18-cv-24227-CMA

 9      Delaware Corporation,            :

10      KATHERINE KRUEGER,               :

11      individually, and WILL           :

12      MENAKER, individually,           :

13              Defendants.              :

14      - - - - - - - - - - - - - - - -X

15

16       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

17

18        Videotaped Deposition of JASON MILLER

19                  Washington, D.C.

20              Wednesday, May 30, 2019

21                   10:11 a.m.

22

23      Job No. 271563

24      Pages:  1 - 372

25      Reported by:  Dana C. Ryan, RPR, CRR
```

Page

1       BY MS. BOLGER:

2          Q      Are you going to answer the question?

3          A      I'm going to follow the advice of

4       counsel.

5          Q      Okay.  How did the relationship with --

6       did you end the relationship with Ms. REDACTED or

7       did it just stop?

8          A      I -- she called -- she called after the

9       first Page Six story came out and was -- gave me

10      an earful, so I'd say if it hadn't formally been

11      ended, then that was -- I think that's -- I don't

12      know if that was the last time I spoke with her,

13      but it was definitely definitively done by that

14      point.

15         Q      Okay.  The first Page Six story you

16      referred to, that's the Page Six story that said

17      you went to strip clubs with Ms. Delgado and some

18      media people; right?

19         A      Correct.

20         Q      And what was the earful that REDACTED

21      gave you about that story?

22         A      She was wondering if there was a

23      relationship between me and the other women named

24      in the story.

25         Q      So she -- REDACTED , your

May 30, 2019                                     170

                                                          Page

1      mistress, got mad at you because she thought you

2      were sleeping with A.J. Delgado, your mistress;

3      correct?

4              MR. VOGT:  Objection to form.

5          BY MS. BOLGER:

6          Q     Is that correct?

7          A     Yes.

8          Q     Did you ever go to a strip club with

9      Ms. REDACTED?

10         A     No.

11         Q     What else did she say when she gave you

12     that earful?

13         A     I don't recall.

14         Q     How long was the conversation?

15         A     Pretty brief.

16         Q     Did you tell Ms. REDACTED that you were

17     sleeping with Ms. Delgado?

18         A     I told her I was not.

19         Q     So you lied to Ms. REDACTED about

20     sleeping with Ms. Delgado?

21         A     Correct.

22         Q     And you lied to your former mistress

23     about sleeping with your current mistress -- your

24     then current mistress; right?

25              MR. VOGT:  Objection to form.

                                                      Page

1          BY MS. BOLGER:

2          Q      Right?

3          A      Correct.

4          Q      Did Ms. Delgado know about Ms. REDACTED?

5          A      No.

6          Q      Did you ever sleep with Ms. REDACTED

7     while you were also sleeping with Ms. Delgado?

8          A      No.

9          Q      How long was the break between sleeping

10    with Ms. REDACTED and sleeping with Ms. Delgado?

11         A      I think maybe two months, I believe.

12         Q      So other than your affair with

13         REDACTED        and other than your affair with

14    Arlene -- sorry.

15               Did anybody know about your

16    relationship with A.J. -- with Ms. REDACTEDr?

17         A      Not that I'm aware of.  I don't

18    remember ever sharing that with anybody else.

19         Q      Did Ms. REDACTED know you were married?

20         A      Yes.

21         Q      Did you tell Ms. REDACTED that you were

22    separated from your wife and you didn't know if

23    your marriage was going to survive?

24         A      No.

25         Q      What did you tell her about your

Page

1     marriage?

2           A     We didn't talk about it.

3           Q     Did Ms. REDACTED ever get pregnant?

4           A     No.

5           Q     How do you know?

6           A     Well, I mean, she would have told me.

7           Q     She never told you she got pregnant?

8           A     No.

9           Q     So other than Ms. REDACTED and

10    Ms. Delgado, did you have other affairs?

11          A     Those were the two women that I dated

12    or had affairs with.  There were other

13    indiscretions that I've had.

14          Q     What are those indiscretions?

15          A     On several occasions I've gone to a

16    massage parlor.

17          Q     What massage parlor is that?

18          A     It -- I don't know the names.  Some

19    Asian themed -- I've gone in New York and in

20    Washington.

21          Q     How many times have you been to massage

22    parlors?

23          A     Probably somewhere between five or six.

24          Q     And you -- you said you've gone in New

25    York and Washington?

May 30, 2019                          173

```
                                           Page
 1          A    Correct.

 2          Q    Anyone -- anywhere in Florida?

 3          A    I went to one in Miami.

 4          Q    What was the name of the massage parlor

 5     in Miami?

 6          A    I don't remember.

 7          Q    Any ones in California?

 8          A    No.

 9          Q    Texas?

10          A    No.

11          Q    Any of the other 50 states in the

12     Union?

13          A    There's D.C. and -- D.C. and Virginia,

14     the broader D.C. area.

15          Q    And you know none of the names of the

16     massage parlors you attended?

17          A    No.  I mean, they're all -- it's not

18     something I'm particularly proud of.  They're all

19     Asian themed, but I don't remember the names.

20          Q    I assume when you use the word "massage

21     parlor," you refer to massage parlors that have

22     some sexual component to them; right?

23          A    I've gotten a -- a hand job at a

24     massage parlor.

25          Q    Okay.  How many times?
```

May 30, 2019                                    174

                                                              Page

1           A     Four or five.

2           Q     Have you had blow jobs at massage

3     parlors?

4           A     No.

5           Q     Have you had any other sexual

6     content -- I'm sorry --

7           A     No.

8           Q     -- contact at massage parlors?

9           A     No.

10          Q     Okay.  So in addition to those

11    indiscretions, what other indiscretions have

12    you -- did you -- were you referencing?

13          A     And in 2015, and then, I believe, again

14    in 2017, I had sex with an escort.

15          Q     And where was that?

16          A     Washington, D.C.

17          Q     And when in 2015?

18          A     Fall of 2015.

19          Q     And how about 2017?  When was that?

20          A     I believe it was spring.

21          Q     So that's after your wife had your

22    daughter; right?

23          A     Correct.

24          Q     And it's after your affair with

25    A.J. Delgado?

May 30, 2019                                      175

                                                        Page
 1           A     Correct.

 2           Q     And it's after you and your wife

 3      decided to try and make things work?

 4           A     Yes.

 5           Q     Have you been to a massage parlor in

 6      2017 or 2018?

 7           A     2018, yes.

 8           Q     In 2018.  When was that?

 9           A     A couple of months ago.  New York.

10           Q     So a couple of months ago probably was

11      2019; right?  Or did you mean 2018?

12           A     I'm sorry.  In the -- I don't remember

13      in -- I don't believe so in 2018.  We had -- I've

14      obviously made some serious mistakes in my

15      marriage, and we had gotten things back to a

16      really good place.  And, so, I -- I think for --

17      there wasn't any of that in -- I remember in 2018.

18      We got things back to a -- a good place, and --

19      and I screwed up again this spring.

20           Q     Does your wife know about your having

21      sex with escorts?

22           A     No.

23           Q     Does your wife know about the massage

24      parlors and hand jobs?

25           A     No.

                                                               Page

1            Q      How do you go about finding an escort

2     to have sex with?

3            A      I just Googled.

4            Q      What did you Google?

5            A      I don't know.  Something along the

6     lines of -- I think I initially set up a -- like a

7     massage appointment and then we just went from

8     there.

9            Q      How much money did you pay?

10           A      I --

11           MR. VOGT:  Objection.  We're getting

12    way outside the scope here.  I've let it go a

13    little bit, but going into these details --

14           BY MS. BOLGER:

15           Q      How much money did you pay?

16           MR. VOGT:  No.

17           MS. BOLGER:  What's your basis for

18    stopping him from answering that question?

19           MR. VOGT:  I --

20           MS. BOLGER:  Particularly given that

21    you agreed with me that I could ask these

22    questions, and that's the reason I withdrew the

23    calendar from May 10th.

24           MR. VOGT:  You can ask about the topic

25    areas, but --

Testimony of Michael Terpin
March 30, 2019

```
                                                    Page
 1             MS. BOLGER:  Mr. Vogt --

 2             MR. VOGT:  This has --

 3             MS. BOLGER:  -- you (indiscernible) --

 4             MR. VOGT:  -- nothing --

 5             MS. BOLGER:  -- to limit --

 6             MR. VOGT:  -- to do --

 7             MS. BOLGER:  -- my questioning by what

 8      you think is relevant or not limiting.

 9          BY MR. VOGT:

10          Q    The question is how much did you pay to

11      have sex with an escort in the spring of 2017?

12             MR. VOGT:  I need to talk to him --

13             MS. BOLGER:  No.

14             MR. VOGT:  -- before he answers the

15      question.

16             MS. BOLGER:  He can answer --

17             MR. VOGT:  I can --

18             MS. BOLGER:  -- my question.

19             MR. VOGT:  -- talk to him before he

20      answers the --

21             MS. BOLGER:  You --

22             MR. VOGT:  -- the question.

23             MS. BOLGER:  -- certainly cannot.  You

24      can instruct him not to answer or you cannot.  But

25      if you instruct him not to answer, it's going to
```

```
                                                              Page
  1     be wrong, and the judge is going to give you a

  2     hard time, and I'm going to file a pleading that

  3     says all that, Shane.  What is -- let him answer

  4     the question.

  5           BY MS. BOLGER:

  6           Q    How much money does it cost to have sex

  7     with an escort in the spring of 2017?

  8           A    I don't recall the exact amount.  I

  9     think it was something like 2- or $300, somewhere

 10     in that range.

 11           Q    Other than the massage -- Ms. REDACTED

 12     and the massage parlors and the having sex with

 13     the escorts, what other indiscretions are there?

 14           A    That's everything.

 15           Q    Was 2015 the first time you ever had

 16     sex with an escort?

 17           A    There was one time before I was

 18     married.

 19           Q    And when was that?

 20           A    2001.

 21           Q    And where was that?

 22           A    California.

 23           Q    How'd that come to pass?

 24           A    I was -- I don't remember exactly.

 25     It's been a long time, and I've -- it's not
```

Testimony Mildura Confidential
May 30, 2019                                                    179

Page

1      something that I'm proud of or I have thought of

2      many times since then.

3            Q     And were you dating your wife in 2001?

4            A     No.

5            Q     Does your wife know about that?

6            A     No.

7            Q     Were you having sex with your wife in

8      the spring of 2017 when you were having sex with

9      the escort?

10           A     No.

11           Q     You were having sex with REDACTED

12     REDACTED -- no, that was spring of 2016.  Sorry.  I

13     withdraw that.

14                 Have you ever gotten anybody pregnant

15     other than Ms. Delgado and your wife?

16           A     No.

17           Q     How do you know that?

18           A     Because they would have told me.

19           Q     Have you ever asked anyone to sign a

20     nondisclosure agreement about sexual conduct --

21           A     No.

22           Q     -- or a personal relationship?

23           A     No.

24           Q     Have you ever signed such a document by

25     going to, like, a massage parlor or -- or hiring

```
                                                          Page
 1       the -- the paid escorts?

 2            A      No.

 3            Q      You go to strip clubs?

 4            A      Used to.

 5            Q      What do you mean by "used to"?

 6            A      I'm trying to be a better person, and

 7       that's not something that I do anymore.

 8            Q      But you did formerly -- formerly go to

 9       strip clubs?

10            A      Correct.

11            Q      For what period of time of your life

12       did you go to strip clubs?

13            A      I would say, like, 2000 is probably

14       the -- I mean, I probably went to one before the

15       year 2000.  And then I guess the last time I've

16       been was the night in Vegas, 2016.

17            Q      About how many times in those 16 years

18       when you were going to strip clubs did you go to

19       strip clubs?

20            A      I don't have an exact count.

21            Q      More than ten?

22            A      Maybe right around that number.  I

23       don't -- it wasn't something that I tracked that

24       closely.  It wasn't -- it wasn't a number that I

25       was keeping track of.
```

Testimony - Mike Miller - Confidentiale
March 30, 2019

Page

```
 1            Q      Did you go by yourself to strip clubs?

 2            A      No, I'd go with a friend.

 3            Q      What friend?

 4            A      That depends where I was at.  If in --

 5      to the extent that I went in Tampa or Orlando, a

 6      friend of mine named Mele Ribar --

 7            Q      Could you spell that?

 8            A      Yeah.  His first name is Robert; his

 9      middle name is -- that he goes by is Mele,

10      M-E-L-E, and the last name Ribar, R-I-B-A-R.

11            Q      Where did you meet Mr. Ribar?

12            A      Met him through mutual friends in

13      Orlando.

14            Q      Who were those mutual friends?

15            A      Mike Miller, a former state

16      representative from the Orlando area.

17            Q      Are you still friends with Mr. Ribar

18      and Mr. Miller?

19            A      I haven't seen them in quite some time,

20      so I don't talk with them regularly, but they're

21      still on the Christmas card list.

22            Q      I don't think I've ever had a

23      conversation that involves strip clubs and

24      Christmas cards before, Mr. Miller.  I think this

25      is a first.
```

```
                                                      Page
 1                  You said you went to strip clubs in

 2      Tampa?

 3           A     Correct.

 4           Q     What strip clubs did you go to in

 5      Tampa?

 6           A     The Dollhouse and 2001 Space Odyssey

 7      [sic] were two that I recall.

 8           Q     When were you going to the Dollhouse

 9      and 2001 Space Odyssey?

10           A     I went in 2012 and 2013.

11           Q     To both of those locations?

12           A     I think so.

13           Q     More than once?

14           A     2012, I went twice to each.  Then once

15      to each in 2013.

16           Q     Did you get lap dances at the

17      Dollhouse?

18           A     I don't recall.

19           Q     You don't recall getting lap dances?

20           A     At the Dollhouse, I don't recall.

21           Q     Have you ever gotten a lap dance?

22           A     Yes.

23           Q     Where?

24           A     2001.

25           Q     How many times did you get a lap dance?
```

                                                    Page
1           A     I don't recall.

2           Q     It seems kind of incredible to me.

3      Isn't a lap dance a reasonably memorable thing?

4                 MR. VOGT:  Objection to form.

5                 THE WITNESS:  I didn't keep track of

6      the exact number.

7           BY MS. BOLGER:

8           Q     Were you drinking when you went to the

9      strip clubs?

10          A     Yes.

11          Q     And you said you went to strip clubs in

12     Orlando?

13          A     Yes.

14          Q     What strip clubs did you go to in

15     Orlando?

16          A     Diamond Club.

17          Q     What is Diamond Club?

18          A     It's a strip bar.

19          Q     And where else in Orlando?

20          A     That -- I believe that was the only one

21     in this time frame that was around there.  In

22     2008, I went to the -- Rachel's in Winter Park.

23          Q     That's in -- my knowledge of Florida

24     geography is -- is not great.  Winter Park is near

25     Orlando?

                                        Page

 1         A    Correct.

 2         Q    Okay.  And you were about to say

 3    something else?

 4         A    Then I went to the Rachel's in Orlando,

 5    I believe, in 2000.  But I don't recall going back

 6    after that.

 7         Q    Did you ever get a lap dance there?

 8         A    At Rachel's?

 9         Q    Yes.

10         A    Not that I recall.

11         Q    And how about the Rachel's in Winter

12    Park?

13         A    Not that I recall.

14         Q    How about the Diamond Club?

15         A    Yes.

16         Q    How many times did you go to the

17    Diamond Club?

18         A    Several times, I believe, for the -- in

19    my life.

20         Q    What does "several times" mean?

21         A    I believe three.

22         Q    What time period was that?

23         A    2012, 2013, maybe there's something in

24    the late 2000s.  It's been quite a while since

25    I've -- I've been there.

Page

```
 1           Q     Do you know the names of any of the
 2     performers at the Diamond Club?
 3           A     No.
 4           Q     How about at Rachel's?
 5           A     No.
 6           Q     How about the Rachel's at Winter Park?
 7           A     No.
 8           Q     So I've got -- I count that up as five,
 9     eight -- I count that up itself as more than --
10     than ten.
11                 Are there other times you went to -- to
12     strip clubs?
13           A     In Florida or anywhere?
14           Q     In Florida.
15           A     In 2008, I also went to Scarlett's
16     outside Miami.
17           Q     How many times were you there?
18           A     Just once.
19           Q     Did you get a lap dance?
20           A     Not that I recall.
21           Q     Okay.  Other strip clubs in Florida?
22           A     I believe that's everything from -- I
23     believe that's everything for Florida.
24           Q     Did you go to a strip club while you
25     were on a family vacation before?
```

```
                                            Page
 1          A     No.

 2          Q     Other than your -- the -- the trips to

 3     strip clubs in Florida that we've talked about,

 4     what other -- where else did you attend strip

 5     clubs?

 6          A     In my life?

 7          Q     Uh-huh.

 8          A     New York City.

 9          Q     When did you go to a strip club in New

10     York City?

11          A     2016.

12          Q     What strip club?

13          A     Flash Dancers.

14          Q     Who did you go to that with?

15          A     Kaelan Dorr.

16          Q     How many times have you been to

17     FlashDancers?

18          A     I believe it was once in 2016 and I had

19     gone, I think, maybe in 1997 or '98.

20          Q     Did you get lap dances any of those

21     times?

22          A     I don't recall.  I don't believe so.

23          Q     Okay.  Other than those strip clubs in

24     Florida and New York City -- was that it for New

25     York City?
```

Testimony of Michael Corrinet
May 30, 2019                                                       191

                                                      Page
 1      answer to that.

 2              You just testified that you had sex

 3      with an escort in the spring of 2017.  Other

 4      than -- is that the last time you have been

 5      unfaithful to your wife?

 6          A    Other than the massage parlor trip,

 7      yes.

 8          Q    And -- okay.

 9              Did you at any of these places have a

10      relationship with any of the strippers?

11          A    No.

12          Q    Did you have sex with any of the

13      strippers?

14          A    No.

15          Q    At no point, not from 2000 to 2016, did

16      you have sex with any of the strippers?

17          A    No, I've never had a relationship with

18      someone I've met at a strip club whether it be a

19      stripper or another attendee or anything of the

20      sort.

21          Q    You may be using the word

22      "relationship" differently.

23              Have you gotten a hand job from a

24      stripper?

25          A    No.

                                                            Page
1          Q      Have you had a blow job from a

2    stripper?

3          A      No.

4          Q      But you have had lap dances from a

5    stripper?

6          A      Correct.

7          Q      How many times do you think you've had

8    a lap dance?

9          A      I don't know the exact number.

10         Q      Does your wife know about all of these

11   attendances at strip clubs?

12         A      Most of them.

13         Q      What does she think about it?

14                MR. VOGT:  Objection.

15                Don't answer to the extent it calls for

16   you to reveal privileged communications with your

17   wife, respectfully.

18                MS. BOLGER:  Because you know I

19   disagree with the objection.

20         BY MS. BOLGER:

21         Q      What are you -- are you going to answer

22   or can you answer that question without not taking

23   Mr. Vogt's advice?

24         A      I'll follow the advice of counsel.

25         Q      When did you first believe that

                                                   Page
 1     clients --

 2                 MS. BOLGER:  He is --

 3                 MR. VOGT:  -- did.

 4                 MS. BOLGER:  -- spinning.  That's what

 5     Mr. Miller does --

 6                 MR. VOGT:  He's --

 7                 MS. BOLGER:  -- for a --

 8                 MR. VOGT:  -- given you --

 9                 MS. BOLGER:  -- living.

10                 MR. VOGT:  -- an answer.

11           BY MS. BOLGER:

12           Q     Can you look at Exhibit 12, please,

13     which is the tweets?

14                 MS. BOLGER:  Can you put the sticker

15     on?

16           BY MS. BOLGER:

17           Q     Can you please look at Exhibit 12?

18                 (J. Miller Deposition Exhibit 12 was

19     marked for identification and attached to the

20     transcript.)

21           BY MS. BOLGER:

22           Q     All right.  Here's Exhibit 12.  This is

23     a series of three tweets.  The first one is from

24     Mr. Ali dated September 22nd.  Jason is referring

25     to me in this tweet.  I have not disproven such

                                                                    Page

 1     claims and to say so is inaccurate.  The only way

 2     to disprove such a claim is to definitely prove

 3     that Jason was not in the state of Florida during

 4     that time period.

 5                Then you flip to the next page, which

 6     is tweet two, he says, it -- it is, indeed,

 7     accurate that I spoke to two women in Florida who

 8     made claims similar to the ones listed in

 9     Ms. Delgado's filing.

10                Do you see that, Mr. Miller?

11          A     Yes.

12          Q     Do you believe that the phrase "it is

13     indeed accurate that Mr. Ali spoke to two women in

14     Florida who made claims similar to the ones listed

15     in Ms. Delgado's filing" is false?

16          A     I think the impression that Ali is

17     trying to give here is that he spoke with

18     two . . .

19          Q     Two women in Florida?

20          A     Two women in Florida that I physically

21     harmed or injured when in reality we know that

22     Jane Doe denied the story or knowing me or

23     anything, and I would suspect that the two women

24     that he spoke with were A.J. Delgado and her

25     sister Alina.

```
                                                      Page

 1     no pending question, Mr. Miller, so you may not

 2     speak.

 3               My current pending question is it's --

 4     the third tweet says, To be clear, for the people

 5     who have asked me, the two women I spoke to in

 6     Florida made these abuse claims against Mr. Miller

 7     which he denied to me directly.

 8               Do you see that?

 9         A     Yes, and when --

10         Q     Okay.  And do those two women -- do

11     you, again, think that those two women are a

12     reference to Ms. Delgado and her sister?

13         A     Yes, because --

14         Q     Okay.

15         A     -- Mr. Ali --

16         Q     Thank you.

17         A     -- told --

18         Q     That's great.

19         A     As we know --

20         Q     All I --

21         A     -- Jane --

22         Q     -- want to --

23         A     -- Doe --

24         Q     Mr. Miller --

25         A     -- denied the story and Yashar Ali
```

                                                  Page
1      never spoke with a Clearwater woman.

2             Q     So how do you --

3             A     He's doing -- he did --

4             Q     How did you come to discover that the

5      supplement had been filed?

6             A     I believe my attorney called or -- from

7      counsel.

8                   MR. VOGT:   Just -- just say counsel.

9                   THE WITNESS:   Counsel.

10     BY MS. BOLGER:

11            Q     Which counsel?

12            A     Family law counsel.

13            Q     Okay.  When did you -- like, when in

14     the day, did you find out?

15            A     I don't remember the exact time.  I was

16     on a plane getting ready to take off, so I

17     don't -- I don't remember exactly.

18            Q     Plane in the evening or plane in the

19     morning?

20            A     I don't remember exactly.

21            Q     Okay.  And what was the first thing you

22     did in response to the news that the supplement

23     was filed?

24            A     My counsel was already acting on it,

25     and so there wasn't anything for me to

```
                                                       Page
  1     started, Shane.  So don't tell --

  2                 MR. VOGT:  Come on, Kate.

  3                 MS. BOLGER:  Don't tell fibs.

  4                 MR. VOGT:  Come on, Kate.

  5                 (J. Miller Deposition Exhibit 13 was

  6     marked for identification and attached to the

  7     transcript.)

  8         BY MS. BOLGER:

  9         Q    Okay.  Mr. Miller, this is a document

 10     we obtained from Scores that shows a picture of a

 11     woman who goes by the name  REDACTED .

 12                 Do you see that?

 13         A    Yes.

 14         Q    Is that -- is that the  REDACTED

 15     that you all found and got the affidavit from?

 16         A    It looks pretty similar to the pictures

 17     I've previously seen.

 18         Q    Do you -- do you know if this is her or

 19     not?

 20         A    I've never personally met or spoken

 21     with Ms. REDACTED  but I know that she had been a

 22     dancer or still is or at one point -- and this

 23     does look like the woman in the photos that Yashar

 24     Ali sent -- sent to me.

 25         Q    Okay.
```

Testimony of Michael Con-Filed Under Seal
May 30, 2019                                                  334

Page

1        there was a reference to -- Splinter was a

2        referenced in here and you can see what my

3        response was.

4             Q    No, no, it's fine.  I was just wondered

5        if I was missing some context from it.  So I thank

6        you for clarifying that.

7             A    I was trying to make sure I presented

8        everything that I had.

9                  MS. BOLGER:  Okay.  We can take a

10       break.

11                 THE VIDEOGRAPHER:  We are going off the

12       record at 5:31 p.m.  This ends disk number 4.

13                 (Recess -- 5:31 p.m.)

14                 (After recess -- 5:50 p.m.)

15                 THE VIDEOGRAPHER:  We are back on the

16       record at 5:50 p.m.  This begins disk number 5.

17            BY MS. BOLGER:

18            Q    Mr. Miller, why didn't you sue

19       A.J. Delgado for defamation?

20            A    That -- I'd be talking about a

21       privileged communication, I believe.

22            Q    Well, I mean, I was actually asking for

23       your mental impressions.  If -- if you've had no

24       mental impressions related to this, unrelated to a

25       conversation with your attorney, I guess it's

                                                       Page
1      privileged.

2              But I'm asking your thoughts.  I'm not

3      asking your attorneys' thoughts.

4              MR. VOGT:  Yeah, so if you can't answer

5      that question without revealing the substance of

6      communications with counsel, then you should not

7      answer it.

8              THE WITNESS:  I believe I'd have to

9      reveal privileged communications to give a

10     complete answer.

11        BY MS. BOLGER:

12        Q    Could you give me a partial answer

13     without revealing communications?

14        A    I don't think that would be appropriate

15     to give you a half answer on something so I --

16        Q    You have to -- you have to tell me

17     about nonprivileged information.  It's not -- you

18     don't get to determine that.  That's just the

19     rules, Mr. Miller.  I don't make them.

20             But my point is is there a

21     nonprivileged reason you can give me why you

22     didn't sue A.J. Delgado?

23             MR. VOGT:  Objection to form.

24             But you can answer to the extent it

25     does not call for you to reveal privileged

```
                                                         Page
 1      information.

 2                 MS. BOLGER:  Which it explicitly does

 3      not do.

 4                 THE WITNESS:  I would essentially be

 5      suing myself if I sued Ms. Delgado.

 6           BY MS. BOLGER:

 7           Q    I don't understand that.  Why is that?

 8           A    Because I'm the sole bread winner for

 9      her household, and I would -- any costs or

10      anything incurred in that, I'd ultimately just be

11      suing myself.

12           Q    Is there any reason why you haven't

13      sued Yashar Ali?

14                 MR. VOGT:  And same objection.

15                 And instruct you not to answer to the

16      extent that's based on communications between you

17      and counsel.

18                 THE WITNESS:  That would definitely

19      fall into the conversations with counsel.

20           BY MS. BOLGER:

21           Q    And no independent thinking on that

22      one?

23           A    It would definitely fall into the

24      conversations with counsel.

25           Q    And I want to talk to you about CNN.
```

```
                                           Page
 1                  So you were on CNN for a comment -- as

 2       a commentator for a period of time, and you were

 3       there largely to give the point of view of the

 4       presidential candidate Trump, President-elect

 5       Trump -- and then -- presidential candidate Trump

 6       and then President-elect Trump; is that right?

 7            A    I was on as a supporter of the

 8       president's and someone who's familiar with --

 9       familiar with his thinking and his team's

10       thinking, yes.

11            Q    Okay.  You have a nondisclosure

12       agreement with the Trump campaign; correct?

13            A    Yes, there's an NDA that both myself

14       and Ms. Delgado and everyone else who worked on

15       the campaign signed.

16            Q    Okay.  And you signed that

17       nondisclosure agreement.  It also has a

18       nondisparagement clause; correct?

19            A    It does.

20            Q    Okay.  And what does that clause

21       prohibit you from doing?

22            A    I haven't read the exact language in a

23       while, but --

24                 MR. VOGT:  Don't guess.  If you don't

25       know, you don't know.
```

```
                                                      Page
  1      it.

  2              And people ask, like, you know, is it

  3      true; did you know this woman; did you ever get to

  4      bottom of it or find out what happened.  And, so,

  5      it's this big lingering cloud and it's just -- I

  6      don't understand why you guys won't take the story

  7      down.

  8         Q     So somewhere I read -- and I confess I

  9      cannot remember where -- that Ms. Delgado made

 10      some effort to interfere with your relationship to

 11      CNN -- with CNN not related to the story.

 12              Is that -- is that accurate?

 13              MR. VOGT:  Objection to form.

 14              MS. BOLGER:  You're right.  The

 15      question was bad, and I'm sorry.  The problem is I

 16      know I read this in preparing for his deposition

 17      but I can't pinpoint in my mind exactly where it

 18      was.

 19         BY MS. BOLGER:

 20         Q     I'll just ask you this question.  Did

 21      Ms. Delgado ever attempt to interfere in your

 22      relationship with CNN apart from the supplement or

 23      the story contained therein?

 24         A     Yes.

 25         Q     Can you tell me about that?
```

Testimony of Jason Miller
May 30, 2019                                                    363

                                                          Page
1          A      She would tweet at Jeff Zucker

2     attacking him and others as well as various

3     hosts -- show hosts asking why they were having me

4     on, and -- and then she was routinely attacking me

5     on social media regarding the NDA issue and saying

6     when is CNN going to dump Jason Miller because of

7     the NDA issue which, by the way, nobody left CNN

8     because of the NDA issue.

9               And, in fact, Christie Johnson who is

10    one of my -- she was one of the two people who

11    really helped me get in the door in the first

12    place at CNN -- was Christie Johnson and Sam

13    Feist.  Christy told me that the NDA thing was

14    basically all puffery, that nobody's status was at

15    all in danger and that nothing would ever happen.

16    They just feel like they have to go and say on the

17    air that -- that we had signed it just to cover

18    their -- cover their rear ends.

19         Q      Did you -- are you friends with Sam

20    Feist?

21         A      Yes.

22         Q      And that relationship is longstanding;

23    right?

24         A      I've known him for a decade, yes.

25         Q      How many followers do you have on

```
                                                              Page
 1      CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

 2               I, Dana C. Ryan, Registered Professional

 3      Reporter, Certified Realtime Reporter, the officer

 4      before whom the foregoing proceedings were taken

 5      do hereby certify that the foregoing transcript is

 6      a true and correct record to the best of my

 7      ability of the proceedings; that said proceedings

 8      were taken by me stenographically and thereafter

 9      reduced to typewriting under my supervision; and

10      that I am neither counsel for, related to, nor

11      employed by any of the parties to this case and

12      have no interest, financial or otherwise, in its

13      outcome.

14               IN WITNESS WHEREOF, I have hereunto set

15      my hand and affixed my notarial seal this 4th day

16      of June 2019.

17      My Commission expires:

18      July 15, 2020

19

20

21

22      _____

23      NOTARY PUBLIC IN AND FOR THE

24      DISTRICT OF COLUMBIA

25
```