UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

    Plaintiff,

v.

**GIZMODO MEDIA GROUP, LLC**; *et al.*,

    Defendants.

_____/

## FINAL JUDGMENT

Pursuant to the Order [ECF No. 221] granting Defendants, Gizmodo Media Group, LLC and Katherine Krueger's Motion for Summary Judgment, it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendants, Gizmodo Media Group, LLC and Katherine Krueger and against Defendant, Jason Miller. No motions to tax costs shall be filed until after any appeal is concluded.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record