**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**1:18-CV-24227-CMA-Altonaga**

| | |
|---|---|
| JASON MILLER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| GIZMODO MEDIA GROUP, LLC, a Delaware Corporation, and KATHERINE KRUEGER, individually, | ) |
| Defendants. | ) |

**JOINT MOTION FOR APPROVAL AND ADOPTION OF STIPULATION FOR ENTRY OF JUDGMENT OF COSTS AGAINST PLAINTIFF**

Plaintiff, JASON MILLER ("Plaintiff") and Defendants, GIZMODO MEDIA GROUP, LLC and KATHERINE KRUEGER (collectively, "Defendants"), by and through their undersigned counsel, jointly move this Court for approval and adoption of the attached Stipulation for Entry of Judgment of Costs Against Plaintiff and requests the Court enter judgment in accordance with the terms of the Stipulation.

WHEREFORE, for the reasons set forth herein, the parties respectfully request that the Court: (1) grant this Joint Motion approving and adopting the Stipulation and (2) enter a Judgment incorporating the terms agreed to by the parties in the Stipulation.

Dated May 17, 2021.

Respectfully submitted,

**Shane B. Vogt**
Kenneth G. Turkel – FBN 867233
E-mail: kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail: svogt@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199

**Deanna K. Shullman**
Deanna K. Shullman
Florida Bar No. 514462
E-mail: dshullman@shullmanfugate.com
Rachel E. Fugate
Florida Bar No. 144029
E-mail: rfugate@shullmanfugate.com
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006

Fax: (813) 443-2193
*Attorneys for Plaintiff*

West Palm Beach, FL 33411
Tel: (561) 429-3619

Elizabeth McNamara
lizmcnamara@dwt.com
divyajhingran@dwt.com
Katherine M. Bolger
katebolger@dwt.com
Claire K. Leonard
claireleonard@dwt.com
DAVIS WRIGHT TREMAINE
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
*Attorneys for Defendants, Gizmodo Media Group, LLC and Katherine Krueger*