**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**1:18-CV-24227-CMA-Altonaga**

JASON MILLER,

Plaintiff,

vs.

GIZMODO MEDIA GROUP, LLC, a Delaware Corporation, and KATHERINE KRUEGER, individually,

Defendants.

---

**STIPULATION FOR ENTRY OF JUDGMENT OF COSTS AGAINST PLAINTIFF**

Plaintiff, JASON MILLER ("Plaintiff"), and Defendants, GIZMODO MEDIA GROUP, LLC and KATHERINE KRUEGER (collectively, "Defendants"), agree and stipulate as follows:

1. On August 27, 2019, this Court granted Defendants' Motion for Summary Judgment and entered Final Judgment in favor of Defendants and against Plaintiff. [ECF No. 221, 222].

2. Shortly thereafter, Plaintiff filed his notice of appeal of the Final Judgment and Order granting summary judgment to the Eleventh Circuit Court of Appeals. [ECF No. 226].

3. Defendants subsequently filed a Bill of Costs [D.E. 227] with this Court, seeking a total of $40,635.73 in costs against Plaintiff. This Court termed the Bill of Costs pending the outcome of Plaintiff's appeal. [ECF No. 229].

4. On April 16, 2021, the Eleventh Circuit affirmed the summary judgment order and entered judgment against Plaintiff. Accordingly, on April 30, 2021, Defendants filed their Bill of Costs in the Eleventh Circuit seeking a total of $1,232.50 in appellate costs. The Eleventh Circuit Clerk of Court approved Defendants' appellate Bill of Costs on May 3, 2021. A copy of the appellate bill is attached hereto as Exhibit A.

5. Plaintiff consents to entry of a judgment in the amount of $41,868.23, reflecting the costs incurred by Defendants at both the district court and appellate court levels. The entry of judgment shall resolve all pending costs issues, including the Bill of Costs previously filed in,

and termed by, this Court.

6. The parties agree Plaintiff shall pay to Defendants the sum of $41,868.23 in six monthly installments from June 1, 2021 through November 1, 2021 in accordance with the following payment plan:

- Installment # 1 in the amount of $6,978.23 is due on or before June 1, 2021;
- Installment # 2 in the amount of $6,978.00 is due on or before July 1, 2021;
- Installment # 3 in the amount of $6,978.00 is due on or before August 1, 2021;
- Installment # 4 in the amount of $6,978.00 is due on or before September 1, 2021;
- Installment # 5 in the amount of $6,978.00 is due on or before October 1, 2021; and
- Installment # 6 in the amount of $6,978.00 is due on or before November 1, 2021.

Plaintiff reserves the right to prepay any or all of this obligation.

7. Payment shall be made by check made payable to Univision Management Co., which shall be received by Defendants on or before the scheduled due date. Payment shall be made to the following address:

**For U.S. Mail:**
P.O. Box 740748
Los Angeles, CA 90074-0748

**For Overnight Delivery**:
Bank of America Lockbox Services
Lockbox 740748
2706 Media Center Drive
Los Angeles, CA 90065-1735

8. If any installment payment due from Plaintiff under this Stipulation is not made within seven calendar days of its due date or if any check received as part of this payment plan is returned for insufficient funds or otherwise rejected for any reason other than Defendants' conduct, the remaining installment payments shall accelerate and become due immediately, plus interest at an interest rate of 6.00% per annum. Said interest shall begin to accrue from the date of this Stipulation and shall continue to accrue through the date the accelerated payment clears Defendants' bank account.

9. Plaintiff agrees to waive any time-bar, waiver, laches, or other defense raising a limitation of time to execute the judgment if Defendants' right to execute the judgment becomes

operable because of a breach of the preceding conditions of this Stipulation.

10. The Court shall retain jurisdiction to enforce the terms of this Stipulation.

Dated: May 17, 2021

*/s/ Shane B. Vogt*
Kenneth G. Turkel – FBN 867233
E-mail: kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail: svogt@bajocuva.com
BAJO | CUVA| COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199
Fax: (813) 443-2193
*Attorneys for Plaintiff*

*/s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
E-mail: dshullman@shullmanfugate.com
Rachel E. Fugate
Florida Bar No. 144029
E-mail: rfugate@shullmanfugate.com
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Tel: (561) 429-3619

Elizabeth McNamara
lizmcnamara@dwt.com
divyajhingran@dwt.com
Katherine M. Bolger
katebolger@dwt.com
Claire K. Leonard
claireleonard@dwt.com
DAVIS WRIGHT TREMAINE
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
*Attorneys for Defendants, Gizmodo Media Group, LLC and Katherine Krueger*