**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**1:18-CV-24227-CMA-Altonaga**

| | |
|---|---|
| JASON MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>GIZMODO MEDIA GROUP, LLC, a Delaware Corporation, and KATHERINE KRUEGER, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] FINAL JUDGMENT OF COSTS**

THIS CAUSE, having come before the Court on the parties' Joint Motion For Approval And Adoption Of Stipulation For Entry Of Judgment Of Costs Against Plaintiff, filed on May ___, 2021 ("Joint Motion") and the Court having otherwise read the parties Stipulation for Entry of Judgment of Costs Against Plaintiff ("Stipulation"), it is hereby

**ORDERED AND ADJUDGED as follows:**

1. The Joint Motion is **GRANTED**. The parties' Stipulation is **ADOPTED and APPROVED**.

2. Judgment in the amount of $41,868.23, reflecting costs incurred by Defendants at both the district court and appellate court level, is entered against Plaintiff in accordance with the terms of the Stipulation. The Clerk is directed to enter Judgment against Plaintiff in accordance with the terms of the Stipulation.

3. The Court shall retain jurisdiction of this matter to enforce the terms of the Stipulation.

**IT IS SO ORDERED** this _____ day of May 2021.

________________________________
CECILIA M. ALTONAGA
United States District Judge