UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24227-CIV-ALTONAGA/Goodman

**JASON MILLER**,

    Plaintiff,

v.

**GIZMODO MEDIA GROUP, LLC**; *et al.*,

    Defendants.
_____ /

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion for Approval and Adoption of Stipulation for Entry of Judgment of Costs against Plaintiff [ECF No. 232].

Being fully advised, it is **ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval and Adoption of Stipulation for Entry of Judgment of Costs against Plaintiff **[ECF No. 232]** is **GRANTED**. Judgment in the amount of $41,868.23, reflecting costs incurred by Defendants at both the district court and appellate court levels, is entered against Plaintiff in accordance with the terms of the Stipulation. (*See* [ECF No. 232-1]). The Clerk is directed to enter Judgment against Plaintiff in accordance with the terms of the Stipulation. The Court retains jurisdiction of this matter to enforce the terms of the Stipulation.

**DONE AND ORDERED** in Miami, Florida, this 18th day of May, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record