# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**STATE OF MISSOURI ET AL**     **CASE NO.  3:22-CV-01213**

**VERSUS**          **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**    **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

 Considering the foregoing Consent Motion for Leave to Exceed the Page Limit for Supplemental Brief in Support of Preliminary Injunction [Doc. No. 212] filed by Plaintiffs,

 **IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is requested to file the proposed pleading [Doc. No. 212-2] into the record of this matter in excess of page limits.

 MONROE, LOUISIANA, this 7th day of March 2023.

Terry A. Doughty
United States District Judge